ERICA J. VAN LOON - State Bar No. 227712
evanloon@glaserweil.com
DAN LIU - State Bar No. 287074
dliu@glaserweil.com
BRITTANY ELIAS - State Bar No. 305922
belias@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MISS GLOBAL ORGANIZATION
LLC, a California limited liability
company and VAN PHAM, an
individual,

                    Plaintiffs,

v.

SOKHUNTEA MAK, as known as TEA
MAK, an individual; Scott Ware, an
individual; and DOES 1 through 10,

                    Defendants.

CASE NO.: 8:17-CV-2223

**COMPLAINT FOR**

1. **TRADEMARK INFRINGEMENT**
2. **FEDERAL UNFAIR COMPETITION**
3. **CALIFORNIA STATUTORY UNFAIR COMPETITION**
4. **CALIFORNIA COMMON LAW UNFAIR COMPETITION**
5. **CIVIL CONSPIRACY**
6. **FRAUD**
7. **INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC RELATIONS**
8. **INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS**
9. **DEFAMATION**
10. **CONVERSION**
11. **CONSTITUTIONAL RIGHT TO PRIVACY**
12. **MISAPPROPRIATION OF NAME OR LIKENESS**
13. **VIOLATION OF CALIFORNIA CIVIL CODE § 527.6**
14. **VIOLATION OF CALIFORNIA CIVIL CODE § 3344**
15. **VIOLATION OF CALIFORNIA PENAL CODE § 502**
16. **VIOLATION OF CALIFORNIA PENAL CODE § 530.5**

**JURY TRIAL DEMANDED**

1
COMPLAINT

1433658

Glaser Weil

Plaintiffs Miss Global Organization LLC ("MGO") and Van Pham ("Mr. Pham") (collectively "Plaintiffs"), by and through their counsel, submit this Complaint against Defendants Sokhuntea Mak ("Mak") and Scott Ware ("Ware") (collectively "Defendants") and allege as follows:

## THE PARTIES

1.       MGO is a California limited liability company with its principal place of business at 11101 Condor Ave., Fountain Valley, CA 92708.

2.       Mr. Pham is a citizen of the State of California who resides in Los Angeles county.  Mr. Pham is the founder, sole owner, and CEO of MGO.

3.       On information and belief, Mak resides in Issaquah, Washington.  Mak worked for MGO as a seasonal worker in 2013, 2015, and 2017.  Mak has falsely held herself out as the "President and CEO" and "original founder" of MGO.

4.       On information and belief, Ware resides in Issaquah, Washington.  On information and belief, Ware is associated with Mak.  Ware has falsely held himself out as the "Chief Operating Officer" of MGO.

5.       Plaintiffs are unaware of the true names and capacities of Defendants sued hereunder as DOES 1 through 10 inclusive, and therefore sue these Defendants by such fictitious names.  Plaintiffs are informed and believed and thereon allege that each of the fictitiously named Defendants is responsible in some manner for the occurrences herein alleged, and that Plaintiffs' damages as herein alleged were proximately caused by their conduct.  Plaintiffs will amend this Complaint to allege the true names and capacities of DOES 1 through 10 when ascertained.

## JURISDICTION AND VENUE

6.       This Complaint arises under the laws of the United States, specifically the trademark laws of the United States, 15 U.S.C. §§1114 and 1125. This Court has original jurisdiction of this action under 15 U.S.C. §1121 and 28 U.S.C. §§ 1331 and 1338. This Court has supplemental jurisdiction under 28 U.S.C. § 1367 because the claims are so related as to form part of the same case or controversy.

Glaser Weil

1433658

7.     Personal jurisdiction and venue are proper in this district under 28 U.S.C. § 1391.  On information and belief, Defendants have used Mr. Pham's trademarks without authorization in this District, such as conducting and/or soliciting business in connection with beauty pageants, and have provided products and/or services to the residents of California and this District, and/or have committed, contributed to, and/or induced acts of infringement in this District and California.  Defendants also operate infringing websites, including www.officialmissglobal.com and www.missglobalfoundation.org, directed at residents of California and this District.  Defendants purposefully directed their activities toward California and this District when they willfully infringed Mr. Pham's trademark rights, specifically targeted consumers here, and a substantial part of the harm was felt in California and this District.

8.     On information and belief, Defendants are subject to this Court's specific and general personal jurisdiction consistent with the principles of due process and/or the California Long Arm Statute, due at least to Defendants' activities in this forum directly related to the allegations set forth herein, including: (i) a portion of the infringement alleged herein, including marketing, distributing, displaying and/or selling one or more infringing products and/or services bearing Mr. Pham's trademarks and/or confusingly similar imitations of Mr. Pham's trademarks; (ii) the presence of established distribution and/or marketing channels; and (iii) regularly doing or soliciting business, engaging in other persistent courses of conduct, and/or deriving substantial revenue from goods and services provided to individuals and entities in California and this judicial district.

## FACTUAL BACKGROUND
### Mr. Pham's Intellectual Property

9.     Mr. Pham is the owner of a federal trademark registration, Registration No. 4,219,443, issued by the USPTO on October 2, 2012 for "G MISS GLOBAL," which is depicted below, for use in connection with "Entertainment services, namely,

1433658



arranging and conducting beauty pageants."

10.    Mr. Pham is the owner of the common law trademark for "Miss Global," which he has continuously used in California and nationwide in connection with entertainment services and beauty pageants since at least 2012.

11.    Registration No. 4,219,443 and the common law trademark for "Miss Global" are collectively Mr. Pham's "MISS GLOBAL" trademarks.

**Mr. Pham Founded Miss Global Organization LLC**

12.    Mr. Pham founded MGO and registered with the California Secretary of State in 2012.  A copy of the original Statement of Information ("SOI"), filed with the California Secretary of State is attached hereto as Exhibit A.  Since its inception, Mr. Pham has been the sole owner and CEO of MGO.

13.    MGO is the organizer of Miss Global, an annual global beauty pageant where the contestants compete for the crown of Miss Global.

14.    Since the first Annual Miss Global in 2013, five contestants have been crowned Miss Global and Miss Global has become an established beauty pageant and gained worldwide recognition.  In 2017, 60 contestants around the world competed for the coveted title.

15.    Mr. Pham, as the founder and CEO of MGO, has extensively invested, developed, advertised, promoted, and marketed Miss Global using the MISS

1433658

GLOBAL trademarks.  He has invested over $200,000 in MGO throughout the years. He has obtained several domain names in connection with Miss Global: www.missglobal.com, www.missteenglobal.com, www.missglobalvietnam.com, missvietnaminternational.com, missglobalcanada.com, missglobalthailand.com (collectively, the "Miss Global Domains.")  He has expended significant time and resources in designing and developing the Miss Global Domains. He has worked tirelessly with contestants, agents, distributors, and producers and has attracted serious investors that are interested in hosting and promoting Miss Global in 2018.

16.     Plaintiffs have licensed the MISS GLOBAL marks and/or granted pageant licenses to national directors from 20 different countries and have been receiving royalties based on that license.

17.     Mak worked for MGO as a seasonal worker in 2013, 2015, and 2017. She was first hired by MGO as a contestant coordinator in 2013 for the first Annual Miss Global.  In 2015, Mak was hired as an executive pageant director and worked on the production for about two weeks.  In 2017, Mak was hired again as an executive pageant director and worked on the production for about two weeks.

18.     Mak has never contributed to any capital or brought any investment to MGO.  She has never worked for or on behalf of MGO as a full time employee or otherwise, except during the seasonal periods expressed above.

**Defendants' Wrongful and Infringing Activities**

19.     On information and belief, Mak incorporated the Miss Global Foundation in September 2017, which is a Washington nonprofit corporation.  Both Mak and Ware are directors of the Miss Global Foundation.  On information and belief, Defendants operate a website www.missglobalfoundation.org on behalf of Miss Global Foundation.

20.     On information and belief, on or around November 22, 2017, Defendants fraudulently filed a SOI with the California Secretary of State for MGO, falsely

1433658

listing Mak as the Founder and CEO of MGO.  A true and correct copy of the November 22 SOI is attached hereto as Exhibit B.

21.     On information and belief, Defendants have hacked into Mr. Pham's private web-hosting account to transfer ownership of the Miss Global Domains away from Mr. Pham.  As a result, the Miss Global Domains have become inoperative.

22.     On information and belief, Defendants have further invaded Mr. Pham's privacy by hacking into his email accounts to delete his private emails in an attempt to extinguish any traceable evidence of his ownership interest in and to MGO.

23.     On information and belief, Defendants have obtained the domains officialmissglobal.com and www.missglobalfoundation.org and used them without authorization from Mr. Pham or MGO.

24.     On information and belief, Defendants have falsely represented to the contestants, partners, vendors and other business contacts of Miss Global that Mr. Pham has resigned as CEO of MGO and that Mak is now the "President and CEO" of MGO.  Mak has also falsely held herself out as the "original founder" of MGO and Ware has falsely held himself out as the "Chief Operating Officer" of MGO.

25.     On information and belief, Defendants also tarnished Mr. Pham's name through written communications, publicly or to third parties, including allegations that "[Mr. Pham] also tried to steal the business license from me," "now [Mr. Pham] are attempting to defraud the business" and Mr. Pham "acted recklessly and irresponsible."

26.     On information and belief, Defendants also instructed MGO's business partners to rescind their contracts with Mr. Pham because they were allegedly void and to instead contact Mak to reinstate their contracts with MGO.

27.     By willfully disturbing Mr. Pham's current business relationships, Defendants damaged Mr. Pham's reputation among business partners and colleagues, and intentionally interfered with Mr. Pham's contractual relations, intentionally interfered with Mr. Pham's prospective economic relations and attempted to induce

and induced breach of contract.  As a result, several national directors contacted Mr. Pham and demanded a refund of their license fees.

28.     On information and belief, Defendants fraudulently obtained Mr. Pham's confidential financial information, including information about his accounts.

29.     On information and belief, Defendants have used Mr. Pham's name, voice, likeness and/or signature without Mr. Pham's consent, including without limitation using Mr. Pham's name and/or signature to invade Mr. Pham's private accounts and to obtain private and financial information.

30.     On information and belief, Defendants knowingly and without permission altered, damaged, deleted, destroyed, or otherwise used data, computer, or computer system, or computer network.

31.     On information and belief, Defendants willfully obtained Mr. Pham's personal identification information and used that information for unlawful purposes.

32.     Upon learning of Defendants' wrongful and infringing activities, Plaintiffs promptly served a cease and desist letter on Mak.

33.     Instead of ceasing and desisting, Defendants have continued and exacerbated their wrongful and infringing activities, and made numerous threats, including threats of violence, toward Mr. Pham.  For example, Ware threatened Mr. Pham in an email that "This is fair warning that you've crossed the line and [Mr. Pham and an employee of MGO] both will be extinguished." Defendants' course of conduct has caused substantial emotional distress to Mr. Pham.

## COUNT I
## Trademark Infringement In Violation of 15 U.S.C. § 1114 *Et Seq.*

34.     Plaintiffs reallege and incorporate by reference each and every allegation contained in the above paragraphs as if fully set forth herein.

35.     Defendants have displayed, provided and distributed products and/or services that use the MISS GLOBAL trademarks and the officialmissglobal.com and Miss Global domains without authorization.  Defendants' use of the MISS GLOBAL

Glaser Weil

1433658

trademarks and the Miss Global wordmark violates Mr. Pham's rights in the MISS GLOBAL trademarks and is likely to cause confusion, deception, and mistake by creating the false and misleading impression that Defendants' products and/or service are displayed, provided, distributed, endorsed, sponsored, approved, or licensed by Plaintiffs, or are associated or in connection with Plaintiffs, in violation of federal trademark law.

36.     Defendants' fraudulent activities have caused and, unless enjoined by this Court, will continue to cause a likelihood of confusion and deception of members of the trade and the public, and additional injury to Plaintiffs' goodwill and reputation as symbolized by the MISS GLOBAL trademarks, for which Plaintiffs have no adequate remedy at law.

37.     Defendants' fraudulent activities demonstrate an intentional, willful, and malicious intent to trade on the goodwill associated with Mr. Pham's federally registered trademark to Plaintiffs' great and irreparable injury.

38.     Defendants have caused and are likely to continue causing substantial injury to the public and to Plaintiffs, and Plaintiffs are entitled to injunctive relief and to recover Defendants' profits, actual damages, enhanced profits and damages, costs and reasonable attorneys' fees under 15 U.S.C. §§ 1114, 1116 and 1117.

## COUNT II
## Federal Unfair Competition In Violation of 15 U.S.C. § 1125

39.     Plaintiffs reallege and incorporate by reference each and every allegation contained in the above paragraphs as if fully set forth herein.

40.     Defendants' unauthorized use of the MISS GLOBAL trademarks and the Miss Global wordmark violates Mr. Pham's rights in the MISS GLOBAL trademarks and is likely to cause confusion, deception, and mistake by creating the false and misleading impression that Defendants' products and/or services are displayed, provided, distributed, endorsed, sponsored, approved, or licensed by Plaintiffs, or are associated or in connection with Plaintiffs, in violation of federal trademark law.

41.     Defendants have made false representations, false descriptions, and false designations of Plaintiffs' goods and services in violation of 15 U.S.C. § 1125(a).

42.     Defendants have used the domain name officialmissglobal.com and Miss Global Domains with a bad faith intent to profit from Mr. Pham's federally registered trademark, and such domain is confusingly similar to Mr. Pham's federally registered trademark in violation of 15 U.S.C. § 1125(d).

43.     Defendants' fraudulent activities have caused and, unless enjoined by this Court, will continue to cause a likelihood of confusion and deception of members of the public, and additional injury to Plaintiffs' goodwill and reputation as symbolized by the MISS GLOBAL trademarks, for which Plaintiffs have no adequate remedy at law.

44.     Defendants' fraudulent activities demonstrate an intentional, willful, and malicious intent to trade on the goodwill associated with Mr. Pham's federally registered trademark to Plaintiffs' great and irreparable injury.

45.     Defendants have caused and are likely to continue causing substantial injury to the public and to Plaintiffs, and Plaintiffs are entitled to injunctive relief and to recover Defendants' profits, actual damages, enhanced profits and damages, costs and reasonable attorneys' fees under 15 U.S.C. §§ 1125(a), 1125(d), 1116 and 1117.

## COUNT III
### California Statutory Unfair Competition In Violation of
### Cal. Bus. & Prof. Code § 17200

46.     Plaintiffs reallege and incorporate by reference each and every allegation contained in the above paragraphs as if fully set forth herein.

47.     Defendants' acts and conducts, as alleged above, constitute unfair competition in violation of Cal. Bus. & Prof. Code § 17200.  Defendants have engaged in unlawful, unfair, or fraudulent business practices within the meaning of Cal. Bus. & Prof. Code § 17200.

48.     Defendants intentionally infringed Plaintiffs' trademarks, as alleged

1433658

above, to purposefully trade off the goodwill and reputation of Plaintiffs and to confuse and deceive consumers by creating the false and misleading impression that Defendants' products and services are provided, distributed, endorsed, sponsored, approved, or licensed by Plaintiffs, or are associated with Plaintiffs.

49.     On information and belief, Defendants performed the acts alleged herein intentionally, for the purpose of injuring Plaintiffs. The acts alleged herein continue to this day and present a threat to Plaintiffs, the general public, the trade and consumers.

50.     As a result of Defendants' wrongful acts, Plaintiffs have suffered and will continue to suffer loss of income, profits, and valuable business opportunities and if not preliminarily and permanently enjoined, Defendants will have unfairly derived and will continue to unfairly derive income, profits, and business opportunities as a result of their wrongful acts.

51.     Pursuant to Cal. Bus. & Prof. Code § 17200, Plaintiffs seek an order of this Court preliminarily and permanently enjoining Defendants from continuing to engage in the unlawful, unfair, or fraudulent acts or practices set forth herein, as well as restitution or disgorgement of any monies received by Defendants through such acts.

## COUNT IV
## California Common Law Unfair Competition

52.     Plaintiffs reallege and incorporate by reference each and every allegation contained in the above paragraphs as if fully set forth herein.

53.     Defendants intended to use Mr. Pham's MISS GLOBAL trademarks, or confusingly similar imitations thereof, in a manner which is likely to confuse and mislead members of the relevant public as to the origin, sponsorship, approval or license of Defendants' products and services and as to the false association of said products and services with Plaintiffs. Defendants' conduct as alleged herein was intended to confuse and mislead members of the public, and members of the public will believe that Plaintiffs are sponsored, approved, or affiliated with Defendants and

1433658

that Plaintiffs originated, approved, or licensed Defendants' products and services.

54.     Defendants' conduct alleged herein infringes Mr. Pham's MISS GLOBAL trademarks and constitutes passing off and common law unfair competition with Plaintiffs, all of which has damaged and will continue to irreparably damage Plaintiffs' goodwill and reputation unless restrained by this Court, because Plaintiffs have no adequate remedy at law.

55.     Plaintiffs have suffered and continue to suffer direct and actual damages as a result of Defendants' infringing activities, including but not limited to lost sales and business opportunities and damage to Plaintiffs' reputation and Mr. Pham's MISS GLOBAL trademarks. Plaintiffs are entitled to recover their actual damages as well as Defendants' profits generated from the promotion, distribution, sale, and offer for sale of Defendants' products and services.

56.     Because Defendants' conduct alleged herein has been intentional, oppressive, malicious, fraudulent, and in willful disregard of Plaintiffs' rights, Plaintiffs is also entitled to recover punitive and exemplary damages.

57.     Plaintiffs have suffered, and if Defendants are not enjoined from their wrongful acts of common law trademark infringement, passing off and unfair competition, will continue to suffer great and irreparable injury, loss and damages to their rights in and to the MISS GLOBAL trademarks and the goodwill associated therewith for which they have no adequate remedy at law.

## COUNT V
## Civil Conspiracy

58.     Plaintiffs reallege and incorporate by reference each and every allegation contained in the above paragraphs as if fully set forth herein.

59.     On information and belief, Defendants knowingly and willfully conspired and agreed between each other to engage in a scheme to commit the aforementioned wrongful acts, including without limitation, engaging in the above-described unlawful, unfair or fraudulent business acts or practices within the meaning

1433658

of Cal. Bus. & Prof. Code § 17200 for the purpose of injuring Plaintiffs.

60.     The above-described acts continue to this day and present a threat to Plaintiffs and the general public, including consumers.

61.     Defendants did the above-described acts pursuant to and in furtherance of the conspiracy and scheme to commit the aforementioned wrongful acts, including without limitation engaging in the above-described unlawful, unfair or fraudulent business acts or practices within the meaning of Cal. Bus. & Prof. Code § 17200 for the purpose of injuring Plaintiffs.

62.     Defendants have conspired and schemed in the above-described unlawful, unfair or fraudulent business acts or practices in furtherance of their own financial gain.

63.     Plaintiffs have been and are likely to continue to be injured as a result of Defendants actions, either by direct diversion of substantial income from MGO or by a lessening of the goodwill associated with Plaintiffs and the services they provide, for which Plaintiffs have no adequate remedy at law.  If Defendants are not enjoined, they will continue to unfairly derive income, profits and/or business opportunities as a result of their unlawful, unfair or fraudulent business acts or practices.

## COUNT VI
## Fraud

64.     Plaintiffs reallege and incorporate by reference each and every allegation contained in the above paragraphs as if fully set forth herein.

65.     On information and belief, on or around November 22, 2017, Defendants fraudulently filed a SOI with the California Secretary of State for MGO, falsely listing Mak as the Founder and CEO of MGO.

66.     Defendants knew that the information they provided in the SOI was false because Mak has never been a founder or CEO of MGO.

67.     Defendants purposefully and knowingly intended to defraud the California Secretary of State in an attempt to obtain false registration information for

1433658

MGO.  As a result of Defendants' fraudulent conduct, the California Secretary of State website now lists Mak as the agent for service of process and "President and CEO" of MGO and an address associated with Mak as the address for MGO.

68.      Defendants' fraudulent conduct has caused substantial harm to Plaintiffs. For example, some of Plaintiffs' business partners and potential investors now wrongly believe that Mak is the CEO of MGO and direct their contact with MGO through Mak and not Mr. Pham.  On information and belief, Defendants also instructed MGO's business partners that their contracts with Mr. Pham were void and that their contracts needed to be reinstated with Defendants instead.

69.      Plaintiffs have been and are likely to continue to be injured as a result of Defendants actions either by direct diversion of substantial income from MGO or by a lessening of the goodwill associated with Plaintiffs and the services they provide, for which Plaintiffs have no adequate remedy at law.  If Defendants are not enjoined, they will continue to unfairly derive income, profits and/or business opportunities as a result of their unlawful, unfair or fraudulent business acts or practices.

70.      By willfully disturbing Mr. Pham's current business relationships, Defendants damaged Mr. Pham's reputation among business partners and colleagues, and intentionally interfered with Mr. Pham's contractual relations, intentionally interfered with Mr. Pham's prospective economic relations and attempted to induce breach of contract.

### COUNT VII
### Intentional Interference with Prospective Economic Relations

71.      Plaintiffs reallege and incorporate by reference each and every allegation contained in the above paragraphs as if fully set forth herein.

72.      There are existing economic relationship between Plaintiffs and third parties that are reasonably likely to yield economic advantage. For examples, Plaintiffs have licensed the MISS GLOBAL marks and/or granted pageant licenses to national directors from 20 different countries and have been receiving royalties based

1433658

1    on that license.

2        73.    Defendants have knowledge of Plaintiffs' economic relationships.

3        74.    On information and belief, Defendants have intentionally and

4    purposefully intended to disrupt Plaintiffs' relationships by instructing MGO's

5    business partners that their contracts with Mr. Pham were void and that their contracts

6    needed to be reinstated with Defendants instead.

7        75.    Defendants' wrongful acts have caused substantial harm to Plaintiffs.

8    Plaintiffs have been and are likely to continue to be injured as a result of Defendants'

9    actions either by direct diversion of substantial income from MGO or by a lessening

10   of the goodwill associated with Plaintiffs and the services they provide, for which

11   Plaintiffs have no adequate remedy at law.

12   <b><u>COUNT VIII</u></b>

13   <b><u>Intentional Interference with Contractual Relations</u></b>

14       76.    Plaintiffs reallege and incorporate by reference each and every allegation

15   contained in the above paragraphs as if fully set forth herein.

16       77.    There are valid contracts between Plaintiffs and third parties.  For

17   examples, Plaintiffs have licensed the MISS GLOBAL marks and/or granted pageant

18   licenses to national directors from 20 different countries and have been receiving

19   royalties based on that license.

20       78.    Defendants knew of the existence of these contracts.

21       79.    On information and belief, Defendants intentionally induced a breach or

22   disruption of the contractual relationship by instructing MGO's business partners to

23   rescind their contracts with Mr. Pham.

24       80.    As a result, several national directors have contacted Mr. Pham and

25   demanded a refund of their license fees.

26   <b><u>COUNT IX</u></b>

27   <b><u>Defamation</u></b>

28       81.    Plaintiffs reallege and incorporate by reference each and every allegation

**Glaser Weil**

1433658

1  contained in the above paragraphs as if fully set forth herein.

2      82.    Defendants have published false and defamatory statements that have a

3  natural tendency to injure or causes special harm to Plaintiffs.  For example,

4  Defendants have posted on Facebook that "Van also tried to steal the business license

5  from me" and "now [Mr. Pham] are attempting to defraud the business."  Such

6  publications are false, defamatory, and unprivileged, and have tarnished Mr. Pham's

7  name and reputation.

8                          **COUNT X**

9                          **Conversion**

10     83.    Plaintiffs reallege and incorporate by reference each and every allegation

11  contained in the above paragraphs as if fully set forth herein.

12     84.    Mr. Pham is the owner of the Miss Global Domains.  On information and

13  belief, Defendants have hacked into Mr. Pham's private web-hosting account to

14  transfer ownership of the Miss Global Domains away from Mr. Pham.  Defendants'

15  wrongful conduct constitutes an act of conversion.

16     85.    Defendants' wrongful conduct has caused substantial harm to Plaintiffs.

17  For example, Plaintiffs' Miss Global Domains have become inoperative due to

18  Defendants' wrongful conduct.

19                          **COUNT XI**

20                  **Constitutional Right to Privacy**

21     86.    Plaintiffs reallege and incorporate by reference each and every allegation

22  contained in the above paragraphs as if fully set forth herein.

23     87.    Mr. Pham has a legally protected privacy interest in his confidential

24  financial affairs and information, including information about his private accounts.

25  He has a reasonable expectation of privacy under such circumstances.

26     88.    On information and belief, Defendants obtained Mr. Pham's confidential

27  financial information.  Defendants' wrongful conduct amounts to a serious invasion

28  of Mr. Pham's protected privacy interest.

Glaser Weil

1433658

89.     Defendants' wrongful conduct has caused substantial harm to Mr. Pham.

### COUNT XII
### Misappropriation of Name of Likeness

90.     Plaintiffs reallege and incorporate by reference each and every allegation contained in the above paragraphs as if fully set forth herein.

91.     On information and belief, Defendants have used Mr. Pham's name, voice, likeness and/or signature without Mr. Pham's consent, including without limitation using Mr. Pham's name and/or signature to invade Mr. Pham's private accounts and to obtain private and financial information.

92.     Defendants' wrongful conduct has caused substantial harm to Mr. Pham.

### COUNT XIII
### Violation of California Civil Code § 527.6

93.     Plaintiffs reallege and incorporate by reference each and every allegation contained in the above paragraphs as if fully set forth herein.

94.     Defendants have made numerous threats, including threats of violence, toward Mr. Pham.  For example, Ware threatened Mr. Pham in an email that "This is fair warning that you've crossed the line and [Mr. Pham and an employee of MGO] both will be extinguished." Defendants' course of conduct has caused substantial emotional distress to Mr. Pham.

### Count XIV
### Violation of California Civil Code § 3344

95.     Plaintiffs reallege and incorporate by reference each and every allegation contained in the above paragraphs as if fully set forth herein.

96.     On information and belief, Defendants have used Mr. Pham's name, voice, likeness and/or signature without Mr. Pham's consent, including without limitation using Mr. Pham's name and/or signature to invade Mr. Pham's private accounts and to obtain private and financial information.

97.     Defendants' wrongful conduct has caused substantial harm to Mr. Pham.

**Glaser Weil**

## COUNT XV
### Violation of California Penal Code § 502

98.     Plaintiffs reallege and incorporate by reference each and every allegation contained in the above paragraphs as if fully set forth herein.

99.     On information and belief, Defendants violated California Penal Code § 502(c)(1) by knowingly and without permission altering, damaging, deleting, destroying, or otherwise using data, a computer or computer system, or computer network, in order to devise or execute a scheme to defraud as described in the above paragraphs, and to wrongfully control or obtain Plaintiffs' money, property, or data.

100.    Plaintiffs have suffered irreparable harm from Defendants' wrongful acts, and have no adequate remedy at law, and are therefore entitled to injunctive relief and other equitable relief under California Penal Code § 502(e)(1).

101.    Plaintiffs are also entitled to recover their reasonable attorneys' fees under California Penal Code § 502(e)(2).

## COUNT XVI
### Violation of California Penal Code § 530.5

102.    Plaintiffs reallege and incorporate by reference each and every allegation contained in the above paragraphs as if fully set forth herein.

103.    On information and belief, Defendants willfully obtained Mr. Pham's personal identification information and used that information for unlawful purposes as described in the above paraphrases.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment against Defendants as follows:

(a)     For all actual and compensatory damages in an amount to be proven at trial;

(b)     For an injunction requiring Defendants and all persons acting under, in concert with, or for them to cease use of the MISS GLOBAL trademarks;

(c)     For an injunction requiring Defendants to cease offering any products or

1433658

1   services bearing MISS GLOBAL trademarks;

2       (d)     For an injunction requiring Defendants to cease holding themselves out

3   as founder, president, CEO, CFO or as any other part of MGO;

4       (e)     For an order prohibiting Defendants from continuing to engage in the

5   unlawful, unfair or fraudulent acts or practices alleged herein and requiring

6   Defendants to engage in a corrective advertising or informational campaign, pursuant

7   to Cal. Bus. & Prof. Code § 17200;

8       (f)     For a finding that Defendants' acts of trademark infringement and unfair

9   competition were knowing and willful, and an exceptional case within the meaning of

10  15 U.S.C. § 1117;

11      (g)     For an award of treble and punitive damages, pre- and post-judgment

12  interest, enhanced damages and costs, as well as reasonable attorneys' fees and costs,

13  pursuant to 15 U.S.C. § 1117, Cal. Civ. Code § 3344, and California Penal Code §

14  502(e)(2);

15      (h)     For a temporary restraining order enjoining Defendants from harassing,

16  intimidating, attacking, threatening, stalking, coming within a close distance of, or

17  disturbing the peace of Mr. Pham.

18      (i)     For any such other and further relief that the Court deems just and

19  proper.

20

21   DATED:  December 20, 2017                Respectfully submitted,

22                                           GLASER WEIL FINK HOWARD
                                               AVCHEN & SHAPIRO LLP
23

24
                                           By:  /s/ Erica J.Van Loon
25                                         ERICA J. VAN LOON
                                           DAN LIU
26                                         BRITTANY ELIAS

27                                         *Attorneys for Plaintiffs*

28

1433658

## **DEMAND FOR JURY TRIAL**

Plaintiffs demand a trial by jury on all issues so triable pursuant to Rule 38 of the Federal Rules of Civil Procedure.

DATED:  December 20, 2017                    Respectfully submitted,

GLASER WEIL FINK HOWARD
   AVCHEN & SHAPIRO LLP


By: /s/ Erica J.Van Loon
ERICA J. VAN LOON
DAN LIU
BRITTANY ELIAS

*Attorneys for Plaintiffs*

1433658

# Exhibit A



# State of California
## Secretary of State

### STATEMENT OF INFORMATION
(Limited Liability Company)

Filing Fee $20.00. If this is an amendment, see instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

L

**ENDORSED - FILED**
in the office of the Secretary of State
of the State of California

MAY 1 0 2012

1. **LIMITED LIABILITY COMPANY NAME**

Miss Global Organization LLC

This Space For Filing Use Only

---

**File Number and State or Place of Organization**

| 2. SECRETARY OF STATE FILE NUMBER | 3. STATE OR PLACE OF ORGANIZATION (If formed outside of California) |
|---|---|
| 201209810211 | CA |

**No Change Statement**

4. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 15.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 5 and 7 cannot be P.O. Boxes.)

| 5. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 511A North Atlantic Blvd. | Alhambra | CA | 91801 |

| 6. MAILING ADDRESS OF LLC, IF DIFFERENT THAN ITEM 5 | CITY | STATE | ZIP CODE |
|---|---|---|---|

| 7. CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY) | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 511A North Atlantic Blvd. | Alhambra | CA | 91801 |

---

**Name and Complete Address of the Chief Executive Officer, If Any**

| 8. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|

**Name and Complete Address of Any Manager or Managers, or if None Have Been Appointed or Elected, Provide the Name and Address of Each Member** (Attach additional pages, if necessary.)

| 9. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| Van M. Pham | 511A North Atlantic Blvd. | Alhambra | CA | 91801 |
| 10. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 11. NAME | ADDRESS | CITY | STATE | ZIP CODE |

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California address, a P.O. Box is not acceptable. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.

| 12. NAME OF AGENT FOR SERVICE OF PROCESS |
|---|
| Legalzoom.com, Inc. |

| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | CA | |

**Type of Business**

14. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY

Entertainment - Organizing beauty pageants

15. THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 05/07/2012 | Tony Burroughs | Authorized Rep. | |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

LLC-12 (REV 01/2012)

APPROVED BY SECRETARY OF STATE

# Exhibit B

**Secretary of State**
**Statement of Information**
(Limited Liability Company)

**LLC-12**

**17-B53968**

**FILED**

In the office of the Secretary of State
of the State of California

**NOV 22, 2017**

**This Space For Office Use Only**

**IMPORTANT** — Read instructions before completing this form.

**Filing Fee – $20.00**

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

MISS GLOBAL ORGANIZATION LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201209810211 | CALIFORNIA |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>1510 Bascom Ave #29 | Campbell | CA | 95008 |
| b. Mailing Address of LLC, **if different than item 4a**<br>1510 Bascom Ave #29 | Campbell | CA | 95008 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box<br>1510 Bascom Ave #29 | Campbell | CA | 95008 |

**5. Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Entity Name - Do not complete Item 5a |
|---|
| Sokhuntea Mak |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1510 Bascom Ave #29 | Campbell | CA | 95008 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Sokhuntea | | Mak | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1510 Bascom Ave #29 | Campbell | CA | 95008 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| |

**7. Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
|---|
| International beauty pageant |

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Sokhuntea | | Mak | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1510 Bascom Ave #29 | Campbell | CA | 95008 |

**9. The Information contained herein, including any attachments, is true and correct.**

| 11/22/2017 | Sokhuntea Mak | Founder and CEO | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:

Company:

Address:

City/State/Zip:

LLC-12 (REV 01/2017)

Page 1 of 1

2017 California Secretary of State
www.sos.ca.gov/business/be