ERICA J. VAN LOON - State Bar No. 227712
evanloon@glaserweil.com
DAN LIU - State Bar No. 287074
dliu@glaserweil.com
BRITTANY ELIAS - State Bar No. 305922
belias@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISS GLOBAL ORGANIZATION LLC, a California limited liability company and VAN PHAM, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SOKHUNTEA MAK, as known as TEA MAK, an individual; Scott Ware, an individual; and DOES 1 through 10,<br><br>Defendants. | CASE NO.: 8:17-cv-02223-DOC-KES<br><br>**PROOF OF SERVICE** |

| Attorney or Party without Attorney:<br>GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO, LLP<br>ERICA J. VAN LOON (227712)<br>10250 Constellation Blvd., 19th Floor Los Angeles, CA 90067<br>Telephone No: 310-553-3000<br>Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA |
|---|
| Plaintiff: MISS GLOBAL ORGANIZATION LLC, ETC.<br>Defendant: SOKHUNTEA MAK, ETC., ET AL. |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>8:17-cv-02223-DOC-KES |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action, Complaint, Civil Cover Sheet, Certification and Notice of Interested Parties (LOCAL RULE 7.1-1), Report on the Filing or Determination of an Action Regarding a Patent or Trademark, Notice of Assignment to United States Judges, NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM, INITIAL STANDING ORDER FOLLOWING ASSIGNMENT OF CIVIL CASE TO JUDGE CARTER

3. a. Party served: SCOTT WARE, indiviual
   b. Person served:

4. Address where the party was served: 505 BROADWAY EAST #310, SEATTLE, WA 98104

5. I served the party:
   a. by substituted service. On: Fri, Jan 05 2018 at: 01:47 PM by leaving the copies with or in the presence of:
   David Jacobson, UPS Clerk.

   (1) [ ] (Residence or Usual Place of Abode) a person of suitable age and discretion who resides there.
   (2) [X] (Company) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) [X] (Declaration of Mailing) is attached.
   (4) [ ] (Declaration of Diligence) attached stating actions taken first to attempt personal service.

6. Person Who Served Papers:
   a. Jeff DeWitt.
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111
   d. The Fee for Service was:
   e. I am: NOT a Registered California Process Server

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

01/08/2018
(Date)            (Signature)

PROOF OF SERVICE

1921301
(3524801)

| Attorney or Party without Attorney:<br>GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO, LLP<br>ERICA J. VAN LOON (227712)<br>10250 Constellation Blvd., 19th Floor<br>Los Angeles, CA 90067<br>Telephone No: 310-553-3000<br><br>Attorney For: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

Plaintiff: MISS GLOBAL ORGANIZATION LLC, ETC.
Defendant: SOKHUNTEA MAK, ETC., ET AL.

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>8:17-cv-02223-DOC-KES |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons In A Civil Action, Complaint, Civil Cover Sheet, Certification and Notice of Interested Parties (LOCAL RULE 7.1-1), Report on the Filing or Determination of an Action Regarding a Patent or Trademark, Notice of Assignment to United States Judges, NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM, INITIAL STANDING ORDER FOLLOWING ASSIGNMENT OF CIVIL CASE TO JUDGE CARTER

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Fri, Jan 5, 2018
   b. Place of Mailing: LOS ANGELES, CA 90026
   c. Addressed as follows: SCOTT WARE, indiviual
      505 BROADWAY EAST, #310 SEATTLE, WA 98104

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri, Jan 5, 2018 in the ordinary course of business.

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. MARIO ALVARADO
   b. **FIRST LEGAL**
      1517 W. Beverly Boulevard
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee for Service was:* $154.63
   e. I am: Not a Registered California Process Server

6. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

01/08/2018
(Date)           (Signature)

Judicial Council Form                PROOF OF SERVICE                1921301
Rule 2.150.(a)&(b) Rev January 1, 2007    BY MAIL                    (3524801)