ERICA J. VAN LOON - State Bar No. 227712
evanloon@glaserweil.com
DAN LIU - State Bar No. 287074
dliu@glaserweil.com
BRITTANY ELIAS - State Bar No. 305922
belias@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

*Attorneys for Plaintiffs and Counter-Defendants*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MISS GLOBAL ORGANIZATION LLC, a California limited liability company and VAN PHAM, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SOKHUNTEA MAK, a/k/a TEA MAK, an individual; SCOTT WARE, an individual; and DOES 1 through 10,<br><br>Defendants. | CASE NO.: 8:17-CV-2223-DOC-KES<br><br>Hon. David O. Carter<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIMS BY FOURTEEN (14) DAYS**<br><br>Counterclaims Served: 02/16/2018<br><br>Current Response Date: 04/08/2018<br><br>New Response Date: 04/22/2018 |
| MISS GLOBAL ORGANIZATION, LLC, a California limited liability company and SOKHUNTEA MAK, a/k/a TEA MAK, an individual;<br><br>Counter-Plaintiff,<br><br>v.<br><br>VAN PHAM, an individual; and DOES 1 through 10,<br><br>Counter-Defendant. | |

Counter-Defendant Van Pham ("Mr. Pham") and Counter-Claimant Sokhuntea Mak and Miss Global Organization, LLC ("Counter-Claimants"), by and through their respective counsel of record, hereby respectfully submit the following Stipulation and attached Proposed Order extending the deadline for Mr. Pham to respond to Counter-Claimants' Counterclaims, filed on February 16, 2018 (ECF No. 23):

WHEREAS, Plaintiffs Miss Global Organization LLC and Van Pham ("Plaintiffs") filed their complaint in this action on December 20, 2017 (ECF No. 1) ("Complaint");

WHEREAS, Plaintiffs and Defendants Sokhuntea Mak and Scott Ware ("Defendants") previously stipulated to extend Defendants' deadline to respond to the Complaint from January 26, 2018 to February 16, 2018 (ECF No. 19);

WHEREAS, Defendants subsequently served their answer and counterclaims in this action on February 16, 2018;

WHEREAS, the original due date for Mr. Pham to serve his response to Counter-Claimants' Counterclaims was March 9, 2018;

WHEREAS, Counter-Claimants and Mr. Pham previously stipulated to extend Mr. Pham's deadline to respond to Counterclaimants' Counterclaims to April 8, 2018 (ECF No. 27);

WHEREAS, Mr. Pham has since retained new counsel, Mr. Michael Trauben, who requires time to familiarize himself with the case and consult with Mr. Pham in order to prepare an adequate response to the Counterclaims;

WHEREAS, in light of the foregoing, Counter-Claimants have agreed to further extend the deadline for Mr. Pham to file his response to Counter-Claimants' Counterclaims by fourteen (14) days; and

WHEREAS, this is the second time the parties have stipulated to extend the time to respond to Counterclaimants' Counterclaims.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Mr.

Pham and Counter-Claimants that the time by which Mr. Pham must respond to the Counterclaims shall be further extended by fourteen (14) days, from April 8, 2018 to April 22, 2018.

DATED: April 4, 2018                    KRAMER HOLCOMB SHEIK LLP


By: /s/ Jack Holcomb
JOHN L. HOLCOMB, JR.
SHAHROKH SHEIK
  *Attorneys for Defendants and Counter-Plaintiffs*


DATED: April 4, 2018                    GLASER WEIL FINK HOWARD
                                        AVCHEN & SHAPIRO LLP


By: /s/ Erica J. Van Loon
ERICA J. VAN LOON
DAN LIU
BRITTANY ELIAS
  *Attorneys for Plaintiffs and Counter-Defendants*

1  Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories
2  listed, and on whose behalf the filing is submitted, concur in the filing's content and
3  have authorized the filing.

4

5  DATED:  April 4, 2018     GLASER WEIL FINK HOWARD
                                              AVCHEN & SHAPIRO LLP
6

7
                                           By: /s/ Erica J. Van Loon
8

9                                          ERICA J. VAN LOON
                                           DAN LIU
10                                         BRITTANY ELIAS
                                               *Attorneys for Plaintiffs and*
11                                             *Counter-Defendants*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28