**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MISS GLOBAL ORGANIZATION, et al.<br><br>Plaintiff(s)<br><br>v.<br><br>SHOKHUNTEA MAK, et al.<br><br>Defendant(s) | CASE NUMBER<br><br>8:17-CV-2223-DOC-KES<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [29]** |

The Court hereby orders that the request of:

Miss Global Organization LLC; Van Pham ☒ Plaintiff ☐ Defendant ☒ Other Counter-Defendant
*Name of Party*

to substitute Michael A. Trauben of Singh Singh & Trauben LLP who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

400 S Beverly Dr, Suite 240
*Street Address*

Beverly Hills, CA  90212                          mtrauben@singhtraubenlaw.com
*City, State, Zip*                                        *E-Mail Address*

310-856-9705                 888-734-3555                 277557
*Telephone Number*          *Fax Number*               *State Bar Number*

as attorney of record instead of
*List **all** attorneys from same firm or agency who are withdrawing.*
Erica J. Van Loon, Dan Liu, and Brittany Marie Elias, of Glaser Weil Fink Howard Avchen & Shapiro LLP

**is hereby**   ☒ **GRANTED**   ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated April 5, 2018

*David O. Carter*
DAVID O. CARTER, U. S. District Judge