# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **MISS GLOBAL ORGANIZATION LLC ET AL,** <br><br> Plaintiffs, <br><br> vs. <br><br> **MAK ET AL,** <br> Defendants | **Case No.: SA CV 17-2223-DOC (KESx)** <br><br> **ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** |

On December 12, 2018, Plaintiffs Miss Global Organization, LLC and Van Pham (collectively, "Plaintiffs") filed an Ex Parte Application for Temporary Restraining Order and Preliminary Injunction (Dkt. 61). On December 14, 2018, the Court granted in part Plaintiffs' Ex Parte Application for Temporary Restraining Order. In the light of the foregoing, the Court ORDERS Defendants to appear before this Court on **December 21, 2018 at 1:30 p.m.** to SHOW CAUSE why the Court should not issue a preliminary injunction.

The parties may file supplemental briefs in support of or in opposition to a preliminary injunction **by Tuesday, December 18, 2018.**

DATED: December 14, 2018

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE