1  LAW OFFICE OF KEVIN M. WELCH
   Kevin M. Welch, (SBN 254565)
2  *Kevin@kmwlawoffice.com*
   P.O. Box 494
3  Hermosa Beach, CA 90245
   Tel.: (310) 929-0553
4  Fax: (310) 698-1626
5
   Attorney for the Plaintiffs and Counter-Defendants,
6  MISS GLOBAL ORGANIZATION, LLC and
   VAN PHAM
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10                    SOUTHERN DIVISION

| | |
|---|---|
| 11  MISS GLOBAL ORGANIZATION, LLC, a California limited liability company and VAN PHAM, an individual, | Case No.: 8:17-cv-2223 DOC (KESx) |
| | **DECLARATION OF VAN PHAM** |
| Plaintiff, | |
| v. | **Judge: Hon. David O. Carter** |
| SOKHUNTEA MAK, a/k/a TEA MAK, an individual; SCOTT WARE, an individual; and DOES 1-10, Inclusive, | **Case Filed: December 20, 2017** |
| Defendants. | |
| SOKHUNTEA MAK, a/k/a TEA MAK, an individual; SCOTT WARE, an individual; and DOES 1-10, Inclusive, | |
| Counterclaim Plaintiffs, | |
| v. | |
| MISS GLOBAL ORGANIZATION, LLC, a California limited liability company and VAN PHAM, an individual, | |
| Counterclaim Defendants. | |

**DECLARATION OF VAN PHAM**

I, Van Pham, declare as follows:

1. I have personal knowledge of the facts stated in this declaration, unless otherwise stated upon information and belief. If called as a witness, I could and would testify under oath as to the facts stated in this declaration.

2. I am a named Plaintiff in this Action. I am also the founder, owner, and authorized representative of Plaintiff Miss Global Organization, LLC ("MGO").

3. Before I founded and created Plaintiff Miss Global Organization, LLC, I was a television producer and film director, as well as a pageant director.

4. Specifically, I worked for the Miss Vietnam USA pageant in 2003 and 2004 and later served as the director and event producer for the First Miss Vietnam Global pageant at the MGM Grand Arena.

5. As a part of my production work for another pageant Miss World Vietnam pageant, I worked with Mr. Ly Viet Vu ("Mr. Vu"), a website designer, to assist in the development and design of Miss World Vietnam website.

6. Later, I served as the executive producer for the nationally broadcast Vietnamese Modeling Project, Seasons 1 and 2.

## My Personal Development of the Miss Global

7. In the first months of 2011, I commenced my first steps towards realizing my longstanding desire to create and run my own international beauty pageant.

8. Specifically, on March 15, 2011, I contacted Mr. Vu, the website designer, to begin designing and developing a website for my beauty pageant. A true and correct copy of this electronic mail correspondence starting on March 15, 2011 is attached hereto as Exhibit "A".

**DECLARATION OF VAN PHAM**

9. Soon after, on April 11, 2011, I personally purchased the Internet domain name www.missglobal.com from HugeDomains.com for the price of $1,395.00 (the "Miss Global Website"). A true and correct copy of the electronic receipt confirming my acquisition of this domain name is attached hereto as Exhibit "B".

10. I have never sold, assigned, or transferred the Internet domain, www.missglobal.com, to anyone, at any time. There are no documents in existence that reflect any transfer, assignment, or sale, or divestment otherwise, of my ownership of the Internet domain, www.missglobal.com.

11. On April 24, 2011, searching for a logo design more consistent with my vision for MGO, I retained the services of 48HoursLogo to develop and finalize the logo for my Miss Global pageant. A true and correct copy of a PayPal receipt reflecting one of my payments to 48HoursLogo for the Miss Global Logo Design is attached hereto as Exhibit "C".

12. On or around March 21, 2012, I retained the services of LegalZoom to form Plaintiff Miss Global Organization, LLC in the State of California. A true and copy of LegalZoom's receipt and Miss Global's Articles of Organization are attached hereto as Composite Exhibit "D".

13. On April 25, 2012, I obtained from the IRS a Federal EIN number for Plaintiff Miss Global. A true and correct copy of an IRS Notice, redacted where appropriate, is attached hereto as Exhibit "E".

14. On May 10, 2012, I filed a Statement of Information for Plaintiff Miss Global with the California Secretary of State, identifying myself, Van Pham, as the sole manager. A true and correct copy of the Statement of Information is attached hereto as Exhibit "F".

**DECLARATION OF VAN PHAM**

15. In 2013, by and through my wholly owned company, Plaintiff Miss Global Organization, LLC, I personally organized and directed the first annual Miss Global beauty pageant.

16. For the first annual Miss Global pageant, a program was developed, printed, and distributed wherein I, Van Pham, am prominently identified as the "President & Founder" of Miss Global. A true and correct copy of the cover and select pages from the 2013 first annual Miss Global pageant program is attached hereto as Exhibit "G".

17. I have consistently maintained my position as the founding manager and sole owner of MGO to this day. There are no documents reflecting any transfer, assignment or sale, or otherwise, of my ownership interest in MGO.

18. On May 8, 2012, I obtained a USPTO Trademark Certificate for the word mark "MISS GLOBAL" with Registration No. 4,140,556, which affirms that I first used "MISS GLOBAL" as early as May 2, 2011. A true and correct copy of this United States Patent and Trademark Office Certificate of Trademark Registration for the mark "MISS GLOBAL" in my name; Registration No. 4,140,556; Registration Date: May 8, 2012, and a true and correct copy of a screenshot of the United States Patent and Trademark Office website of the Miss Global mark is attached hereto as Composite Exhibit "H".

19. On October 2, 2012, I obtained a USPTO Trademark Certificate for the design mark "G MISS GLOBAL" with Registration No. 4,219,443, which affirms that I first used "G MISS GLOBAL" as early as May 7, 2012. A true and correct copy of this United States Patent and Trademark Office Certificate of Trademark Registration for the mark "MISS GLOBAL" in my name; Registration No. 4,219,443; Registration Date: October 2, 2012, and a true and correct copy of a screenshot of the United States Patent and Trademark Office website of the G MISS GLOBAL mark that affirms that I applied for the mark on November 19,

**DECLARATION OF VAN PHAM**

2011 as an intent to use mark pursuant to the filing basis 1B (*which provides me with a constructive use priority date of November 19, 2011*), is attached hereto as Composite Exhibit "I".

20. On or around January 2013, I requested Sokhuntea Mak a/k/a Tea Mak ("Mak"), a seasonable worker for MGO, to create a Facebook page for MGO, specifically, as located at Facebook.com/officialmissglobal (the "MGO Facebook Page").

21. At all times, I was personally an administrator of the MGO Facebook Page and maintained access and control over the MGO Facebook page, with the ability to edit the MGO Facebook page.

22. At some point on or about March 29, 2018, Mak a former seasonal worker of MGO, took steps to wrongfully commander control of the MGO Facebook page, including causing me to be improperly removed as an administrator of the MGO Facebook Page. A true and correct copy of my correspondence with Facebook is attached as Composite Exhibit "J". (On December 21, 2018 this Court issued a Preliminary Injunction Ordering Defendants to return control of the MGO Facebook page to me, Van Pham. Defendants did not make any efforts to comply with this Court's Order; however, after I showed this Court's Order to Facebook, Facebook transferred control of the MGO Facebook site back to me Van Pham.)

23. After commandeering the MGO Facebook page, Ms. Mak changed the URL to Facebook/missglobalorganization which is identical to the new URL Plaintiffs have been using for MGO, www.missglobalorganization.com, since Ms. Mak commandeered MGO's original URL, www.missglobal.com.

24. Mak is no longer an employee of MGO or an authorized agent of MGO.

25. Currently, I am once again the only manager and admin of the MGO Facebook Page (After Facebook returned control to me).

**DECLARATION OF VAN PHAM**

26. My email address is vanmpham@yahoo.com, and my personal Facebook page is Facebook.com/VanMPham. No other email address or Facebook account should be associated with the MGO Facebook Page.

27. I have always been the only legitimate admin for MGO's Instagram page located at Instagram.com/missglobalofficial, which is was linked to the MGO Facebook page at Facebook.com/officialmissglobal (temporarily facebook.com/missglobalorganization).  Because the page is linked, Ms. Mak was able to falsely modify the website and biography information on the Instagram.com/missglobalofficial when she had control (Control has been returned now).

28. Video footage exists, which I still possess, depicting me being introduced as the CEO, founder and owner of Miss Global.

29. After this introduction, I personally crowned the first pageant winner.

30. Since 2013, Miss Global has crowned six pageant winners.

31. In 2019, forty-six contestants around the world competed for the Miss Global crown. (this was lower than  it would have been absent Defendants actions).

## **The Miss Global Logo**

32. I discovered 48hourslogo by searching online for logo creation companies.

33. 48hourslogo is a crowdsourcing website which permits a user to post a job and thereafter select from several unique submissions.

34. 48hourslogo's website describes their service as follows: "[i]t is simply the best way to create a custom logo online because you get multiple designers competing on your project which maximize creativity and selections."

35. After creating a user account with 48hourslogo, I submitted a logo design project for a "Miss Global" logo at 48hourslogo.com.

**DECLARATION OF VAN PHAM**

36. On April 24, 2011, 48hourslogo sent me an electronic mail messages thanking me for submitting the logo design project at 48hourslogo.com and confirming receipt of payment for the "Miss Global logo project." A true and correct copy of the April 24, 2011 electronic mail messages are attached as Exhibit "K".

37. On April 26, 2011, 48hourslogo sent me another email, notifying me that the my "Miss Global logo project" had concluded and instructing me to proceed to my project page with 48hourslogo to select up to three (3) designers to continue with my design revisions. A true and correct copy of the April 26, 2011 emails is attached as Exhibit "L".

38. Both the April 24, 2011 email and the April 26, 2011 email from 48hourslogo are addressed to me, Van M. Pham at my email vanmpham@yahoo.com. *See* Exhibits "K" and "L".

39. Following the completion of the "Miss Global" design project, 48hourslogo sent me link containing the final logo package for "Miss Global".

40. Specifically, on April 27, 2011, 48hourslogo sent me an email to notify me that the registered logo designer I selected, "ZenBlackMamba" ("Mr. Vizmonte"), had uploaded the final logo package for "Miss Global", and to instruct me to download the file and confirm its content. A true and correct copy of this April 27, 2011 email is attached hereto as Exhibit "M".

41. Again, the April 27, 2011 email is addressed to me, Van M. Pham, at my email vanmpham@yahoo.com. *See* Exhibit "M".

42. After completing my requested modifications, "ZenBlackMamba" ("Mr. Vizmonte") sent me the following logo (the "Miss Global Logo"):

**DECLARATION OF VAN PHAM**



43. Thereafter, I proceeded to pay the remaining balance to Mr. Vizmonte via PayPal for Miss Global Logo.

44. Pursuant to 48hourslogo's express terms and conditions, I own the rights to the Miss Global Logo created by 48hourslogo at my direction and as paid for by me.

45. Since its creation, I have used the Miss Global Logo in connection with each and every Miss Global event, and have further displayed the Miss Global Logo across various social media platforms in connection with Miss Global's operations.

46. Defendant/Counterclaimant Sokhuntea Mak a/k/a Tea Mak ("Mak" or "Defendant") did not assist me or participate in any way in the creation and development of the Miss Global Logo.

47. Ms. Mak initially claimed that she created, developed, and/or owns the Miss Global Logo.  This was knowingly false statement.  Defendants have now withdrawn their counterclaim for copyright infringement with prejudice.

**DECLARATION OF VAN PHAM**

48. Defendants have knowingly edited the Miss Global Organization Wikipedia page multiple times to falsely list Ms. Mak as the founder and CEO of MGO. Each time I (Van Pham) correct the page she edits the page again. A true and correct copy of this the Miss Global Wikipedia page and its multiple recent edit history is attached hereto as Composite Exhibit "N".

49. Ms. Mak has intentionally disseminated false, non-privilege, and damaging information about Plaintiffs to an individuals who she believed to be a potential beauty pageant contestants when such individuals asked her about Plaintiffs' next Miss Global beauty pageant (the one that just recently occurred in Manila, Philippines from February 1-12, 2019.) A true and correct copy of such correspondence is attached hereto as Exhibit "O".

50. Mak's unlawful behavior, including misrepresenting ownership of MGO, infringing Plaintiff's intellectual property, unlawfully commandeering and controlling Plaintiffs' social media accounts and URLs, and otherwise interfering with the operation of Plaintiffs' business has caused several instances of actual confusion among contestant and national directors/licensees, and has caused actual damage to Plaintiffs. A true and correct copy of examples of such correspondence is attached hereto as Exhibit "P".

51. I registered my copyright in the Miss Global Logo with the United States Copyright Office. A true and correct copy of the Copyright Registration Certificate is attached hereto as Exhibit "Q".

52. Attached as Exhibit "R" is a true and correct copy of an email I sent to Ms. Mak on March 11, 2012 explaining MGO to Ms. Mak and how she could earn a finders commission and a percentage of MGO profit sharing if she would assist me in finding investors. Ms. Mak was never a founder or co-owner.

**DECLARATION OF VAN PHAM**

53. Attached as Exhibit "S" is a true and correct copy of a contract for a MGO beauty pageant to take place in South Korea in which MGO would have been paid a $750,000.00 license fee

54. Attached as Exhibit "T" is a true and correct copy of the executed signature page for the contract featured in paragraph 53, Exhibit Q.

55. MGO lost the business in South Korea referenced in paragraph 53 and 54 because the of uncertainty regarding the ownership of MGO caused by Defendants unlawful behavior and false representations.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 11th day of March, 2019 at Los Angeles, California.



Van Pham

**DECLARATION OF VAN PHAM**