# EXHIBIT "A"

**From:** Ly Viet Vu <lyviet.vu@sofresh.ca>
**To:** "vanmpham@yahoo.com" <vanmpham@yahoo.com>
**Sent:** Tuesday, April 12, 2011, 10:25:22 PM PDT
**Subject:** RE: website design

Hi Van,

Alright.

So we will be reusing this: http://dev.sofresh.vn/missvietnamamerica/05_site/v02/

1)   Are we doing any design changes to it ?  If so, can you give me some sort of direction as to the look and feel you are going for ?  Functionality will be exactly the same.  Please re-confirm this with me.  I have this that you mentioned previously :

> Color scheme just needs to be changed so  it doesn't look exactly like the missworldvietnam/north america site. open to color scheme but thinking perhaps Red/Gold very "Hollywood and red carpet" feel..if it  looks too much like missworldvietnam..then maybe Red with metallic/silver trim on black background perhaps? something kinda like the Maxim magazine color theme: http://www.maxim.com/

2)   What is this other project of yours that you are talking about ?

3) I'm not sure I understand SHOP. I went to cafepress.com but could not find premium shop. Can you send me a direct link to this ? I remember this that you mentioned awhile back. What happens when a user clicks on SHOP ? :

please refer to my current site: www.vietmodelproject.com The only additional page I will need is a "SHOP" page which will allow me to sell tickets for the event as well as merchandise. their's an online merchandise site (www.cafepress.com) that can be implemented or link to the website and they take care of everything for me with orders and such so we don't need to set up any ecommerce account. if anything, it will be a paypal account for tickets.

4) The additional subpages. For Media and Events. Can you briefly describe the sub menu pages and how they should work. What the User should see when they get to these pages.

Ly

**From:** van pham [mailto:vanmpham@yahoo.com]
**Sent:** Thursday, April 07, 2011 5:36 PM
**To:** Ly Viet Vu
**Subject:** RE: website design

hey viet,

ok bud. you know what, just to make it easy, i will use my other project for this website since it's pretty much laid out already. I'm looking into doing a Miss Global Pageant. Based off your design per the attachment, the only additional navigation tabs i would need are REGISTER and SHOP.

REGISTER: Purpose of this is that I'm going to have applicants to get people to nominate/vote for them in order to be a contestant. Like to do it so I would obtain all the email data to be use for newsletter purpose. So they would need to confirm their emails.

SHOP: Basically I'm going through a website called cafepress.com which will take care of all transactions. Basically, this shop will be an extension of the website. If you go to this link and read about the "premium shop" and view the sample websites that have utilized it, you'll have an idea.

ADDITIONAL SUBPAGES would be as follow:
1. Contestants 1a. Individual Profile Page
2. Media 2a. Photos 2b.Videos 2c. Press
3. Events 3a. Venue 3b. Judges 3c. Performances

Last thing is just to have a place where we can have the facebook, twitter, and youtube buttons.

Note that A LOT of these pages would be "coming soon". My main thing for now is really just to have a homepage, about miss global,  Join the pageant, contact. Everything else can be spread out over the next few months as I start to get applicants and such.

As for logo, i'm actually gonna have a friend take care of it so it would make it easier for you. Probably gonna get that going by this weekend.

keep in mind that I definitely like to be able to change text/images for easy self web management.

let me know if this all makes sense.

thanks. van

--- On **Tue, 4/5/11, Ly Viet Vu** *<lyviet.vu@sofresh.ca>* wrote:

From: Ly Viet Vu <lyviet.vu@sofresh.ca>
Subject: RE: website design
To: "'van pham'" <vanmpham@yahoo.com>
Date: Tuesday, April 5, 2011, 1:56 AM

Hi Van,


Still a bit crazy, but lets see what we can do to help you out.


So right, miss America website, reskin it for your website.  Can you give me a bit more information about your website, why you need a website, its purpose, details for each page, etc…  The whole she-bang in one email will be good Van.

---

**From:** van pham [mailto:vanmpham@yahoo.com]
**Sent:** Monday, April 04, 2011 2:19 PM
**To:** Ly Viet Vu
**Subject:** RE: website design


hey ly,

how are ya? hope the last few weeks haven't been too crazy for you. but yeah, just wanted to follow up per your last email and see if you have a bit more time now to see what you can do to help me get started with the website design. look forward to hearing from ya! thanks. van

--- On **Wed, 3/16/11, Ly Viet Vu** *<lyviet.vu@sofresh.ca>* wrote:

From: Ly Viet Vu <lyviet.vu@sofresh.ca>
Subject: RE: website design
To: "'Van Pham'" <vanmpham@yahoo.com>
Date: Wednesday, March 16, 2011, 12:53 AM

Hrm.  Alright, well I won't be able to help you until end of the month with our current work schedule as my whole team is slammed right now.

Can we revisit this beginning of April ?

---

**From:** Van Pham [mailto:vanmpham@yahoo.com]
**Sent:** Wednesday, March 16, 2011 10:01 AM
**To:** Ly Viet Vu
**Subject:** Re: website design

Haven't been in touch with Sammy nor did i really had a chance to work with him but thought we would take your suggestion and alter it a bit with color scheme and such or whatever else u would recommend to make it possible. Suggestions?

Sent from my iPhone

On Mar 15, 2011, at 7:49 PM, "Ly Viet Vu" <lyviet.vu@sofresh.ca> wrote:

> Is Sammy cool with this ?  I'll need to let him know if you want to use a design that is Sammy's.
>
> ---
>
> **From:** Van Pham [mailto:vanmpham@yahoo.com]
> **Sent:** Wednesday, March 16, 2011 8:57 AM
> **To:** Ly Viet Vu
> **Subject:** Re: website design
>
> Hey Ly. Good to hear from u. Yeah, $1k if
>
> U can help me out. Otherwise $1500 if u
>
> Can help with a logo as well with the site.
>
> Know it's not much based off what u normally charge but figure if I'm just

4

Using a template that you've done already,

It would make things more efficient for u.

I'm flexible with timeline if u can make it

Work for me. Think U still might be able

to help me out?

Sent from my iPhone

On Mar 15, 2011, at 6:45 PM, "Ly Viet Vu" <lyviet.vu@sofresh.ca> wrote:

> Good.  Super busy.
>
> Right, your website.  My team is pretty tied up at the moment.  What was the budget you had ?  $1K ?

**From:** van pham [mailto:vanmpham@yahoo.com]
**Sent:** Tuesday, March 15, 2011 4:47 AM
**To:** Ly Viet Vu
**Subject:** Re: website design

hey ly,

how have you been? it's been quite a while. hope business is going well for you in vietnam. i've b[een] for a while juggling a bunch of projects i've been working on. but yeah, i wanted to re-visit you a[bout the] possibility of getting you to redesign my modeling website that we've talked about a while ago in[…] using the same template that you did already for that whole miss vietnam america site so work w[ould be] minimal as possible for you.

i pretty much have all the assets ready for the site and wanted to see if you still might be available [to] help me get this going again.

really look forward to hearing from again. otherwise, hope this year has been going well for you!

# EXHIBIT "B"

**From:** domains@hugedomains.com
**Date:** April 11, 2011 at 9:55:43 AM PDT
**To:** vanmpham@yahoo.com
**Subject: Domain Order Information**

Thank you for your purchase at HugeDomains.com. A representative from HugeDomains.com will be contacting you within the next 48 hours to discuss transferring of the domain.

Order #: 437929

Domains:

MissGlobal.com $1,395.00

CO Tax: $0.00
Order Total: $1,395.00

Contact Information
Name: Van M Pham
Email: vanmpham@yahoo.com
Phone: 323.528.4385

Address: 6157 Temple City Blvd.
City: Temple City
State: CA
Zip: 91780
Country: United States

# EXHIBIT "C"

From: service@paypal.com <service@paypal.com>
To: "vanmpham@yahoo.com" <vanmpham@yahoo.com>
Sent: Sunday, April 24, 2011, 8:59:48 AM PDT
Subject: Your payment to 48hourslogo.com



Apr 24, 2011 08:59:48 PDT
Receipt No: 0735-2284-2313-3437

**Hello van pham,**
**You sent a payment of $29.00 USD to 48hourslogo.com.**
This charge will appear on your credit card statement as payment to PAYPAL *48HOURSLOGO.

**Merchant information**
48hourslogo.com
48hourslogo@gmail.com
http://www.48hourslogo.com
408-467-4263

**Instructions to merchant**
None provided

**Shipping information**
van pham
6157 Temple City Blvd
Temple City, CA 91780
United States

**Shipping method**
Not specified

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| Miss Global Logo Design ($29 Initial Payment) | $29.00 USD | 1 | $29.00 USD |

Insurance: ----
**Total:** $29.00 USD

**Receipt No: 0735-2284-2313-3437**
Please keep this receipt number for future reference. You'll need it if you contact customer service at 48hourslogo.com or PayPal.

**Use PayPal next time!**
It's the safer, easier way to pay.

No need to type your information.

Your personal and financial information is securely stored and never shared with merchants when you pay.
Sign up for a PayPal account.

Questions? Visit the Help Center at: www.paypal.com/help.
Thanks for using PayPal – the safer, easier way to pay and get paid online.
Please do not reply to this email. This mailbox is not monitored and you will not receive a response.

1

# EXHIBIT "D"

# legalzoom

## RECEIPT

| | |
|---|---|
| Order Confirmation Number: | 28506978 |
| Date of Purchase: | 03-16-2012 |
| Grand Total: | $641.99 |

| Order Summary | Amount |
|---|---|
| **Express Gold LLC – Miss Global Organization LLC** | $359.00 |
| Filed Articles of Organization | Included |
| Operating Agreement | Included |
| Corporate Kit | Included |
| Priority Rush Service | Included |
| CA State-required filing fee | $89.00 |
| Statement of Information | $35.00 |
| Statement of Information Filing Fee | $20.00 |
| Tax ID Obtainment | $49.00 |
| Small Business Banking Consultation | $0.00 |
| 500 Business Cards | $19.99 |
| Two-Day Delivery (Two Business Days) | $0.00 |
| **30-Day Trial of Business Advantage Pro** | $0.00 |
| BAP Member Center Access | Included |
| Access to Forms Library | Included |
| **Seller's Permit Preparation** | $35.00 |
| Standard Shipping | $0.00 |
| **State Tax ID** | $35.00 |
| Standard Shipping | $0.00 |
| **Registered Agent Fee** | One month free* |
| **Total Charges:** | **$641.99** |

### Contact Info
van pham
323.528.4385
van@missglobal.com
511A North Atlantic Blvd
Alhambra, CA 91801

### Shipping Info
van pham
323.528.4385
van@missglobal.com
511A North Atlantic Blvd
Alhambra, CA 91801

### Payments & Credits

| Date | Transaction | Payment Method | Payment Status | Amount |
|---|---|---|---|---|
| 3/16/12 | Initial Payment | Charge To Visa Card xxxx4458 | Approved | $214.00 |
| 4/16/12 | Payment Received on Installment #2 | Charge To Visa Card xxxx4458 | Approved | $214.00 |
| 5/16/12 | Payment Received on Installment #3 | Charge To Visa Card xxxx5747 | Approved | $213.99 |

Total Payment/Credits: $641.99
Customer Balance Due: $0.00

| Due Date | Installments | Status | Amount | Balance Remaining |
|---|---|---|---|---|
| 4/16/12 | Installment #2 | Paid | $214.00 | $0.00 |
| 5/16/12 | Installment #3 | Paid | $213.99 | $0.00 |

*One month after the LLC's effective date, service continues automatically for $159.00 / year – cancel at any time by calling (866) 698-0052. For full terms and conditions, visit

| | LLC-1 | File # 201209810211 |

# State of California
## Secretary of State

**LIMITED LIABILITY COMPANY ARTICLES OF ORGANIZATION**

**FILED**
In the office of the Secretary of State
of the State of California

MAR 2 1 2012

A $70.00 filing fee must accompany this form.

**IMPORTANT** – Read instructions before completing this form.

This Space For Filing Use Only

**ENTITY NAME** (End the name with the words "Limited Liability Company," or the abbreviations "LLC" or "L.L.C." The words "Limited" and "Company" may be abbreviated to "Ltd." and "Co.," respectively.)

1. NAME OF LIMITED LIABILITY COMPANY

   Miss Global Organization LLC

**PURPOSE** (The following statement is required by statute and should not be altered.)

2. THE PURPOSE OF THE LIMITED LIABILITY COMPANY IS TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY FOR WHICH A LIMITED LIABILITY COMPANY MAY BE ORGANIZED UNDER THE BEVERLY-KILLEA LIMITED LIABILITY COMPANY ACT.

**INITIAL AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and both Items 3 and 4 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 3 must be completed (leave Item 4 blank).

3. NAME OF INITIAL AGENT FOR SERVICE OF PROCESS

   Legalzoom.com, Inc.

4. IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA   CITY   STATE   ZIP CODE

   CA

**MANAGEMENT** (Check only one)

5. THE LIMITED LIABILITY COMPANY WILL BE MANAGED BY:

   ☐ ONE MANAGER

   ☐ MORE THAN ONE MANAGER

   ☑ ALL LIMITED LIABILITY COMPANY MEMBER(S)

**ADDITIONAL INFORMATION**

6. ADDITIONAL INFORMATION SET FORTH ON THE ATTACHED PAGES, IF ANY, IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS CERTIFICATE.

**EXECUTION**

7. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

   03/20/2012
   DATE

   SIGNATURE OF ORGANIZER

   Karla Figueroa
   TYPE OR PRINT NAME OF ORGANIZER

LLC-1 (REV 04/2007)                                             APPROVED BY SECRETARY OF STATE

# EXHIBIT "E"



```
IRS DEPARTMENT OF THE TREASURY
    INTERNAL REVENUE SERVICE
    CINCINNATI  OH    45999-0023
```

Date of this notice:  04-25-2012

Employer Identification Number:
45-5128863

Form:  SS-4

Number of this notice:  CP 575 A

MISS GLOBAL ORGANIZATION LLC
VAN M PHAM SOLE MBR
511A NORTH ATLANTIC BLVD
ALHAMBRA, CA  91801

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you EIN 45-5128863. This EIN will identify you, your business accounts, tax returns, and documents, even if you have no employees. Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN. If the information is not correct as shown above, please make the correction using the attached tear off stub and return it to us.

Based on the information received from you or your representative, you must file the following form(s) by the date(s) shown.

    Form 941                04/30/2013
    Form 940                01/31/2014

If you have questions about the form(s) or the due date(s) shown, you can call us at the phone number or write to us at the address shown at the top of this notice. If you need help in determining your annual accounting period (tax year), see Publication 538, *Accounting Periods and Methods*.

We assigned you a tax classification based on information obtained from you or your representative. It is not a legal determination of your tax classification, and is not binding on the IRS. If you want a legal determination of your tax classification, you may request a private letter ruling from the IRS under the guidelines in Revenue Procedure 2004-1, 2004-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue). Note: Certain tax classification elections can be requested by filing Form 8832, *Entity Classification Election*. See Form 8832 and its instructions for additional information.

If you are required to deposit for employment taxes (Forms 941, 943, 940, 944, 945, CT-1, or 1042), excise taxes (Form 720), or income taxes (Form 1120), you will receive a Welcome Package shortly, which includes instructions for making your deposits electronically through the Electronic Federal Tax Payment System (EFTPS). A Personal Identification Number (PIN) for EFTPS will also be sent to you under separate cover. Please activate the PIN once you receive it, even if you have requested the services of a tax professional or representative. For more information about EFTPS, refer to Publication 966, *Electronic Choices to Pay All Your Federal Taxes*. If you need to make a deposit immediately, you will need to make arrangements with your Financial Institution to complete a wire transfer.

# EXHIBIT "F"



# State of California
## Secretary of State

L

### STATEMENT OF INFORMATION
(Limited Liability Company)

Filing Fee $20.00. If this is an amendment, see instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**ENDORSED - FILED**
in the office of the Secretary of State
of the State of California

MAY 1 0 2012

1. **LIMITED LIABILITY COMPANY NAME**
   Miss Global Organization LLC

This Space For Filing Use Only

**File Number and State or Place of Organization**

2. SECRETARY OF STATE FILE NUMBER: 201209810211
3. STATE OR PLACE OF ORGANIZATION (If formed outside of California): CA

**No Change Statement**

4. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

   ☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 15.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 5 and 7 cannot be P.O. Boxes.)

5. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE: 511A North Atlantic Blvd. — CITY: Alhambra — STATE: CA — ZIP CODE: 91801
6. MAILING ADDRESS OF LLC, IF DIFFERENT THAN ITEM 5:
7. CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY): 511A North Atlantic Blvd. — CITY: Alhambra — STATE: CA — ZIP CODE: 91801

**Name and Complete Address of the Chief Executive Officer, If Any**

8. NAME: — ADDRESS: — CITY: — STATE: — ZIP CODE:

**Name and Complete Address of Any Manager or Managers, or if None Have Been Appointed or Elected, Provide the Name and Address of Each Member** (Attach additional pages, if necessary.)

9. NAME: Van M. Pham — ADDRESS: 511A North Atlantic Blvd. — CITY: Alhambra — STATE: CA — ZIP CODE: 91801
10. NAME: — ADDRESS: — CITY: — STATE: — ZIP CODE:
11. NAME: — ADDRESS: — CITY: — STATE: — ZIP CODE:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California address, a P.O. Box is not acceptable. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.

12. NAME OF AGENT FOR SERVICE OF PROCESS: Legalzoom.com, Inc.
13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL — CITY: — STATE: CA — ZIP CODE:

**Type of Business**

14. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY: Entertainment - Organizing beauty pageants

15. THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |
|---|---|---|---|
| 05/07/2012 | Tony Burroughs | Authorized Rep. | |

LLC-12 (REV 01/2012)

APPROVED BY SECRETARY OF STATE