EXHIBIT "G"



MISS GLOBAL 2013

# WELCOME

On behalf of the Miss Global Organization, I would like to welcome everyone to the first annual Miss Global 2013 Beauty Pageant! It is truly an honor to have your presence at this world-class event. Your participation in this historic event is monumental to the crowning of the Miss Global 2013!

The mission of Miss Global Organization is to provide an international platform to unify and empower women from all parts of the globe. Our goal is to showcase the beauty, intelligence, and cultural heritage of diverse women all over the world. Our endeavor is to create opportunities for women to advance in their professional careers and personal growth, as well as achieve their humanitarian goals.

Miss Global is a prestigious competition that embraces diversity and individuality. All delegates are encouraged to express their distinctiveness to represent their country of origin with poise, grace, and intellect. Although only one will be crowned Miss Global 2013, this experience will indisputably prove to be invaluable for all delegates for you will have the opportunity to gain new friendships, unforgettable memories, and hopefully a great sense of accomplishment. I truly wish you all the best!

To my family, as well as the staff, sponsors, volunteers, and organizations, I am truly thankful and appreciative of all your support, dedication, and commitment to making the first annual Miss Global Pageant a reality!

VAN M. PHAM
PRESIDENT & FOUNDER
MISS GLOBAL ORGANIZATION

## America, A New Outlook On Pageantry Has Arrived

LOS ANGELES, July 10, 2013 – You've seen the winners of Miss America and Miss Universe; are you ready for a new type of pageant winner? Miss Global 2013 strives to broaden the definition of beauty in the 21st century.

Presented by the Miss Global Organization in association with KimLoi Media, the inaugural pageant kicks off on August 3, 2013. Extending far beyond physical beauty, the pageant promotes intelligence, cultural diversity and unity around a humanitarian effort. From Vietnam to England, all women regardless of background labels, are welcome to enter: this groundbreaking event features multiethnic contestants who range between the ages of 18 to 35.

Hosted by "Extra" correspondent & TV personality Rossi Morreale and former "Vietnam's Next Top Model" host Ha Anh Vu, the first winner of the Miss Global title will serve as an ambassador to the Global Angels Foundation. Founded by Molly Bedingfield, mother of famed British pop singer Natasha Bedingfield, the Global Angels Foundation is an international charity dedicated to empowering disadvantaged communities worldwide. Molly will sit on the panel of judges alongside Jenna Talackova, the Miss Universe Canada contestant whose controversy surrounding her disqualification for being a transgender led to Donald Trump's modification of the rules for the Miss Universe pageant. Also among the panel of judges are Jake Pavelka, of "The Bachelor," Season 14 and Naima Mora, winner of "America's Next Top Model," cycle 4.

The evening's festivities will include performances by Elliot Yamin of "American Idol," David Correy of the "X Factor USA" and Kelsey Rey of "The Voice." Additional performers include Gowe, a rising Asian-American hip-hop artist and Anhabelle, formerly known as Anhthu Doan of female pop group,The Preluders, an offspring of the German talent show "Popstars", who is now making her debut as a solo artist.

The first annual Miss Global competition will be held at the Redondo Beach Performing Arts Center in Redondo Beach, CA on August 3, 2013 at 7:00pm PDT. Tickets can be purchased by calling 1-800-595-4849 or 714-244-0135. A portion of the ticket proceeds will be donated to the Global Angels Foundation, to provide safe drinking water and education for disadvantaged families everywhere. For more information on the Miss Global Pageant please visit www.missglobal.com.

## CREDITS

**MISS GLOBAL ORGANIZATION PRESIDENT/FOUNDER**
Van M. Pham

**KIMLOI MEDIA FOUNDER/EXECUTIVE PRODUCER**
Calvin Nguyen

**EXECUTIVE PRODUCER**
Canh Pham

**PAGEANT DIRECTOR**
Tracy Pham

**PRODUCTION SUPERVISOR**
Lysabelle Pham

**EXECUTIVE/CONTESTANT COORDINATOR**
Tea Mak

**GUEST COORDINATOR**
Lyna Tram Vu

**TALENT COORDINATOR**
Tien Pham

**PUBLIC RELATIONS**
Pearl PR Group

**LEGAL AFFAIRS**
Clifford Lo

**WARDROBE SUPERVISOR**
Marci Boyce

**WARDROBE STYLISTS**
Bryan Calderon
Johnny Goodson

**WRITER**
Erik Martinez

**HAIR PROVIDED BY**
The Paul Mitchell School
of Pasadena Team

**MAKEUP PROVIDED BY**
Cao Cosmetics Team

**PHOTOGRAPHERS**
838 MEDIA GROUP

**CATERING**
Delicate Catering

**SCORE SUPERVISOR**
Alan Hong
Betty Ta

**RECEPTION COORDINATOR**
Steve Dalat

**CHOREOGRAPHER**
Chieko Hidaka
Udee McGeoy

**DANCERS**
Ben Carter
Myke Dizon
Jovver Fortuno
Ryan Novak
JJ Jessica Rabone
Lucas Raynaud
Johnny Rice
Lindsay Richardson
Julie Schmid
Kelli Shimada

**BEHIND THE SCENES PRODUCTION**
Ricardo Ramirez - Director
Francisco Ramirez - Producer
Sky Gaven - Associate Producer
Angelica Delgada - Field Producer
Kristen Diliello - Camera Operator
Carole McClintock - Camera Operator
Isaac Hughes - Camera Operator

**TRANSPORTATION PROVIDED BY**
La Fleur Limousine

**SPECIAL THANKS**
Long Chinh Kieu Pham
Canh Pham
Khoa Pham
Royal Restauarant Banquet
Casa Sanchez Restaurant
Savori Tapas Bar
Ok Flowers



CAO COSMETICS.

OFFICIAL SPONSOR FOR

MISS GLOBAL ORGANIZATION

PROFESSIONAL MAKEUP FOR EVERYDAY BEAUTY   WWW.CAOCOSMETICSUSA.COM

EXHIBIT "H"

# United States of America

## United States Patent and Trademark Office

# MISS GLOBAL

**Reg. No. 4,140,556**

**Registered May 8, 2012**

**Int. Cl.: 25**

**TRADEMARK**

**SUPPLEMENTAL REGISTER**

PHAM, VAN (UNITED STATES INDIVIDUAL)
511A NORTH ATLANTIC BLVD
ALHAMBRA, CA 91801

FOR: CLOTHING, NAMELY, TOPS, BOTTOMS, T-SHIRTS, SWEATSHIRTS AND HOODED SWEATSHIRTS, JACKETS, COATS, POLOS, TANK TOPS, FLIP FLOPS, PAJAMAS, UNDER-WEAR AND PANTIES, SHORTS, SKIRTS, DRESSES, HATS AND CAPS, APRONS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-2-2011; IN COMMERCE 3-2-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-561,419, FILED P.R. 3-6-2012; AM. S.R. 3-27-2012.

ZHALEH DELANEY, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri May 18 05:23:12 EDT 2018*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [        ] OR Jump to record: [        ] **Record 12 out of 30**

TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# MISS GLOBAL

| | |
|---|---|
| **Word Mark** | MISS GLOBAL |
| **Goods and Services** | IC 025. US 022 039. G & S: Clothing, namely, tops, bottoms, t-shirts, sweatshirts and hooded sweatshirts, jackets, coats, polos, tank tops, flip flops, pajamas, underwear and panties, shorts, skirts, dresses, hats and caps, aprons. FIRST USE: 20110502. FIRST USE IN COMMERCE: 20120302 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85561419 |
| **Filing Date** | March 6, 2012 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Date Amended to Current Register** | March 27, 2012 |
| **Registration Number** | 4140556 |
| **Registration Date** | May 8, 2012 |
| **Owner** | (REGISTRANT) Pham, Van INDIVIDUAL UNITED STATES c/o The Law Office of Kevin M. Welch P.O. Box 494 Hermosa Beach CALIFORNIA 90254 |
| **Attorney of** | Kevin Matthew Welch |

**Record**

**Type of Mark**  TRADEMARK

**Register**  SUPPLEMENTAL

**Affidavit Text**  SECT 8 (6-YR).

**Live/Dead Indicator**  LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT "I"

# United States of America
## United States Patent and Trademark Office



| | |
|---|---|
| **Reg. No. 4,219,443** | VAN M. PHAM (UNITED STATES INDIVIDUAL) |
| **Registered Oct. 2, 2012** | 511A N. ATLANTIC BOULEVARD<br>ALHAMBRA, CA 91801 |
| **Int. Cl.: 41** | FOR: ENTERTAINMENT SERVICES, NAMELY, ARRANGING AND CONDUCTING BEAUTY PAGEANTS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107). |
| **SERVICE MARK** | FIRST USE 5-7-2012; IN COMMERCE 5-7-2012. |
| **PRINCIPAL REGISTER** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MISS GLOBAL", APART FROM THE MARK AS SHOWN. |

THE MARK CONSISTS OF A SILHOUETTE OF A WOMAN IN A GOWN WEARING A CROWN WITH HER ARMS EXTENDED UPWARDS HOLDING A LARGE LETTER "G".

SN 85-477,157, FILED 11-19-2011.

JOHN HWANG, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Fri May 18 05:23:12 EDT 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout    Please logout when you are done to release system resources allocated for you.

Start    List At: [        ]  OR  Jump  to record: [        ]    **Record 13 out of 30**

TSDR    ASSIGN Status    TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | G **MISS GLOBAL** |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Entertainment services, namely, arranging and conducting beauty pageants. FIRST USE: 20120507. FIRST USE IN COMMERCE: 20120507 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 02.03.02 - Silhouettes of women; Women depicted as shadows or silhouettes of women<br>09.03.04 - Dresses; Gowns, ladies' ball; Skirts; Suits, Women's<br>24.11.02 - Crowns open at the top |
| **Serial Number** | 85477157 |
| **Filing Date** | November 19, 2011 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | May 1, 2012 |
| **Registration Number** | 4219443 |
| **Registration Date** | October 2, 2012 |
| **Owner** | (REGISTRANT) Van M. Pham INDIVIDUAL UNITED STATES 11101 Condor Ave. Fountain Valley CALIFORNIA 92708 |
| **Attorney of Record** | Kevin M. Welch |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MISS GLOBAL" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of A silhouette of a woman in a gown wearing a crown with her arms extended upwards holding a large letter "G". |

| | |
|---|---|
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST

FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT "J"

----- Forwarded Message -----

**From:** Facebook <security@facebookmail.com>

**To:** Van Pham <vanmpham@yahoo.com>

**Sent:** Thursday, March 29, 2018, 8:05:40 PM PDT

**Subject:** You were removed from your role on Official Miss Global on March 29, 2018, 8:05pm

 Facebook

Hi Van,

You're getting this email to confirm that you're no longer an admin on Official Miss Global. You were removed on March 29, 2018 at 8:05pm.

**If you still want a role on Official Miss Global**

- You can ask one of the Page admins to add you again.
- If you think you were removed because another admin's account was hacked, let us know.

Thanks,
The Facebook Security Team

This message was sent to vanmpham@yahoo.com. If you don't want to receive these emails from Facebook in the future, please unsubscribe.
Facebook, Inc., Attention: Community Support, 1 Hacker Way, Menlo Park, CA 94025

----- Forwarded Message -----
**From:** Facebook <notification+oodhlz6e@facebookmail.com>
**To:** "vanmpham@yahoo.com" <vanmpham@yahoo.com>
**Sent:** Sunday, July 22, 2018, 6:53:51 AM PDT
**Subject:** Your Content Was Removed from Facebook

Hello,

We removed the following content from Facebook because we received a report alleging that it infringes
or violates the rights of a third party, and/or because we have reason to believe that you're not authorized
to represent the subject matter of the content.

Page: Miss Global Official

If you believe this content shouldn't have been removed from Facebook, you can contact the complaining
party directly to resolve your issue:

Report #: 656640398032437
Rights Owner: Sokhuntea Makk / Miss Global Organization
Email: teamak@missglobal.com

If an agreement is reached to restore the reported content, please have the complaining party email us
with their consent and include the report number.

To keep your account in good standing, please review all materials you've posted to Facebook and
remove any remaining content that may be infringing from your account.

For more information about intellectual property, please visit the Help Center:

https://www.facebook.com/help/intellectual_property.

Thanks,


The Facebook Team

----- Forwarded Message -----
**From:** van pham <vanmpham@yahoo.com>
**To:** Facebook <case++aazqumi4wnegmh@support.facebook.com>
**Cc:** Mike Trauben <mtrauben@singhtraubenlaw.com>
**Sent:** Friday, September 28, 2018, 3:32:28 PM PDT
**Subject:** Re: Trademark Report Form #164040464502835

Gustavo

For the record, this is very contradictory that you are claiming FB does not get involve in such dispute between 3rd parties because back in June 26th of this year, you guys clearly got involved and removed my temporary Miss Global page and even suspended my personal FB account for a few days WITHOUT even doing any proper due diligence by at least reaching out to me so I can provide such proof of Trademark ownership. I have been silent since I'm waiting for a final ruling from the court for a motion to dismiss the defendants last counterclaim even though the court has already granted me the plaintiff in this case the motion to dismiss WITH PREJUDICE 13 of the 14 counterclaims by the defendant.

I'm in this scenario because of the continuous poor handling of FB. You guys initially removed me from admin of the page I'm asking you to remove now without properly sending to the correct email but instead sent to the wrong email that was not even listed as the email for contact. It was ONLY when you already removed me as admin, you then sent it to the proper email vanmpham@yahoo.com informing me that I was removed. By then it was too late to do anything at this point.

I need to know exactly what specifically more you are asking for since your explanation contradicts what you shared with me. I would also appreciate and get a confirmation that FB will NOT remove another Miss Global page I plan to start again for the time being until this issue is resolve.

Thanks. Van

Sent from my iPhone

> On Sep 28, 2018, at 12:46 PM, Facebook <case++aazqumi4wnegmh@support.facebook.com> wrote:
>
> Hi,
>
> There appears to be an underlying dispute between you and the reported party. We're not in a position to adjudicate disputes between third parties.
>
> You may wish to continue to seek such recourse as you may have with the reported party directly.
>
> Thanks,
>
> Gustavo
> Intellectual Property Operations
> Facebook
>
>
>> On Tue Sep 25, 2018 21:15:08, van pham wrote:
>> Samuel
>> It infringes more than must my Miss Global logo in which she has NO RIGHTS in featuring anything that has my logo on there but covers the Class 41 as stated on my Trademark Certificate in providing a beauty pageant named MISS GLOBAL. The defendant Tea Mak's trademark has been REJECTED by the Trademark office due to likelihood of confusion and SPECIFICALLY cited my Trademark Registration

4219443 as the reason why her trademark has been rejected. This is a clear violation and infringement of my Trademark Miss Global. Please find the USPTO's office action for your reference.

>> I have also attached my Copyright Certificate as well for your reference since I have reported this to both departments.

>> If you need to hear from my lawyer in regards to this matter, I can have him contact you. Please let me know.

>> Thanks. Van

>>  On Tuesday, September 25, 2018, 6:26:49 PM PDT, Facebook <case++aazqumi4wnegmh@support.facebook.com> wrote:

>>

>> Hi,

>> Thanks for your report. Based on the information you provided, it is not clear to us that the content you've reported infringes your trademark rights. It appears that the trademark information you provided corresponds to a logo. It's not clear that such rights as you may have in this logo would allow you to exclude others from using the words depicted in it in any other context.

>> For this reason, we are unable to act on your report at this time.

>> Thanks,

>> Samuel

>> Intellectual Property Operations

>> Facebook

>>> On Tue Sep 25, 2018 13:18:09, original message wrote:

>>> Hi,

>>> The Facebook Team received a report from you. For reference, your complaint number is 164040464502835.

>>>

>>> Please note that this channel is only for reports of alleged infringements or violations of your legal rights, such as copyright or trademark. If you filed that type of report, no further action is necessary. However, if you contacted us through this channel about another matter, you might not receive a response.

>>> If you're not confident that your issue concerns intellectual property rights, please consult the Intellectual Property section of our Help Center for additional information:

>>> IP Help Center: https://www.facebook.com/help/intellectual_property/

>>> Please note that we regularly provide the rights owner's name, your email address and the nature of your report to the person who posted the content you are reporting. You may wish to provide a professional or business email address for contact by users.

>>> For help with matters other than infringement/violation of your legal rights, the links below may be helpful:

>>> - Hacked accounts: https://www.facebook.com/help/131719720300233

>>> - Fake/Impostor accounts (timelines): https://www.facebook.com/help/174210519303259/

>>> - Abuse (including spam, hate speech and harassment): https://www.facebook.com/help/263149623790594/

>>> - Pages (including admin issues): https://www.facebook.com/help/pages/

>>> - Unauthorized photos or videos: https://www.facebook.com/help/428478523862899

>>> - Login issues: https://www.facebook.com/help/login

>>> - Help for users who have been disabled or blocked: https://www.facebook.com/help/warnings

>>> If the links above do not contain the information you're looking for, you may want to search the Help Center for more assistance: https://www.facebook.com/help/

>>> As a reminder, if your submission contains a report of alleged infringement/violation of your legal rights, no further action is necessary. We will look into your matter shortly.

>>> Thanks for contacting Facebook,

>>> The Facebook Team

>>> --------------------------

>>> To be sure you're in the right place, what best describes your issue? : I found content which I believe infringes my trademark

>>> Who owns the trademark? : Me or my organization

>>> Your name (name and surname) : Van Pham

>>> Your job responsibility : Owner, officer or director (non-legal)
>>> Mailing address : 11101 Condor Ave
>>> Fountain Valley, CA 92708
>>> Phone number : 3235284385
>>> Email address : vanmpham@yahoo.com
>>> Confirm your email address : vanmpham@yahoo.com
>>> Name of the rights owner : Van Minh Pham
>>> Please provide a link to the rights owner's official online presence. :
www.missglobalorganization.com, www.instagram.com/missglobalofficial, www.facebook.com/vanmpham
>>> What is your trademark? : G MISS GLOBAL
>>> Where is your trademark registered? : USA
>>> What is your trademark registration number (if applicable)? : 4,219,443
>>> Which categories of goods and/or services are covered by your registration? : CLASS 41:
>>> FOR ENTERTAINMENT SERVICES, NAMELY ARRANGING AND CONDUCTING BEAUTY
PAGEANTS
>>> If possible, please provide a link (URL) leading directly to your trademark registration. :
https://www.trademarkia.com/g-miss-global-85477157.html
>>> What type of content are you reporting? : An entire Page, group or profile
>>> Please provide links (URLs) leading directly to the specific content you are reporting. :
Facebook.com/MissGlobalOrganization
>>> Please describe how you believe this content infringes your trademark rights. : I have filed a lawsuit
towards  a former employee SOKUNTEA MAK aka Tea Mak for Trademark Infringement, Fraud, and 16
other claims on December 2017. The Court already has granted me the Motion to Dismiss her entire 14
counterclaims with 13/14 of them being WITH PREJUDICE. The 14th Counterclaim has been dismissed
WITHOUT PREJUDICE and it has to do with Copyright Infringement. I currently have the Copyright
Certificate as well and waiting for the Court anytime to give the final Motion to Dismiss order. The
defendant has been falsely infringing on my Trademark and fraudulently representing my organization as
a whole. My Trademark Logo is all over the entire page. I need to see how we can block this page from
the public until the ongoing lawsuit is resolve otherwise, if we aren't able to do that, then I would like to
delete the page.
>>> Do you agree? : yes
>>> Electronic signature : Van M. Pham
>>>

# EXHIBIT "K"



← Back  Archive  Move  Delete  Spam  ···

Your Miss Global logo project is now live                                          Yahoo/Inbox ☆

**admin@48hourslogo.com**                                                    Apr 24, 2011 at 9:00 AM
To: vanmpham@yahoo.com

Dear vanmpham,

Thank you for submitting your logo design project at 48hourslogo.com We have received your payment and your Miss Global logo project is now live.

We are excited to start your Miss Global logo design project. Please visit you project page often, rank each design submission and provide your feedbacks. The more information you provide to our designers, better the logo design you will get.

If you have any questions or comments, **simply reply back to message** and we will get back to you as soon as we can.

Looking forward to great logo design

48hourslogo.com

EXHIBIT "L"



← Back

Archive   Move   Delete   Spam   ⋯

**Your Miss Global logo project has ended**

Yahoo/Inbox

**admin@48hourslogo.com**
To: vanmpham@yahoo.com

Apr 26, 2011 at 8:59 AM

Dear vanmpham,

Your Miss Global logo project has ended.

Please go to your project page

http://www.48hourslogo.com/project.php?id=5091

to select up to 3 designers that you like to continue work with your design revisions. Please dont forget to leave comments on the submissions so the desingers have a better idea when revising your logo.

If you think our designers have provided decent logo concepts, please click on the "PayNow" botton to complete your remaining balance.

Regards

48hourslogo.com