# EXHIBIT "M"



ZenBlackMamba has just uploaded the final logo package for Miss Global    Yahoo/Inbox

**admin@48hourslogo.com**    Apr 27, 2011 at 10:39 PM
**To:** vanmpham@yahoo.com

Dear vanmpham,

ZenBlackMamba has just uploaded the final logo package for Miss Global. Please download this file from the project page and confirm its content. You can leave a message for the designer if you need additional changes. Once you confirm the final package, we will release the project awards to the winning designer

Best Regards

48hourslogo.com

# EXHIBIT "N"

# Miss Global

From Wikipedia, the free encyclopedia

> **This article has multiple issues.** Please help **improve it** or discuss these issues on the **talk page**. *(Learn how and when to remove these template messages)* [hide]
> - The topic of this article **may not meet Wikipedia's** general notability guideline. *(March 2018)*
> - This article **may rely excessively on sources** too closely associated with the subject, potentially preventing the article from being *verifiable* and *neutral*. *(January 2016)*

**Miss Global** is an annual global Beauty pageant for single women ages 18–35, the widest age range in pageantry. Contestants compete for the crown of Miss Global on an international platform. On November 17, 2017, Miss Global held its 5th anniversary pageant in Phnom Penh, Cambodia, which attracted more than 60 female contestants from 60 countries around the world. Its original Founder and CEO, Tea Mak, branded the organization and its mission to empower women, embrace culture, and embody the beauty within.

‹ The template *Infobox organization* is being considered for merging. ›

### Miss Global

| | |
|---|---|
| Motto | Empowering Women, Embracing Cultures, and Embodying the Beauty Within |
| Formation | 2011 |
| Type | Beauty pageant |
| Headquarters | Seattle, USA |
| Location | United States |
| Official language | English |
| Founder and CEO | Tea Mak |
| Website | www.missglobal.com |

**Contents** [hide]
1 History
2 Titleholders
3 Countries/Territories by winning the title
4 List of runners-up
5 Special Awards
6 See also
7 References
8 External links

## History [edit]

The 1st edition of Miss Global pageant was held on August 3, 2013 at the Redondo Beach Performing Arts Centre in Redondo, California.[1]

| Year | Edition | Date | Venue | Host country | Entrants |
|---|---|---|---|---|---|
| Miss Global 2017 | 5th Annual | November 17 | Koh Pich Performing Arts Center | Cambodia | 60 |
| Miss Global 2016[2] | 4th Annual | September 24 | Philippine International Convention Center | Philippines | 40 |
| Miss Global 2015[3] | 3rd Annual | October 24 | Newport Performing Arts Theater, Resorts World Manila | Philippines | 44 |
| Miss Global 2014[3] | 2nd Annual | December 19 | Crown Princess, Los Angeles, California | United States | 21 |
| Miss Global 2013[4] | 1st Annual | August 3 | Redondo Beach Performing Arts Centre, Redondo Beach, California | United States | 36 |

## Titleholders [edit]

| Year | Country/Territory | Winner | Location |
|---|---|---|---|
| 2018 | TBD | TBD | |
| 2017 | Brazil | Barbara Vitorelli; dismissed due to violations | Phnom Penh, Cambodia |
| 2016[5] | Ecuador | Ángela Bonilla[citation needed] | Manila, Philippines |
| 2015[6] | Australia | Jessica Peart[citation needed] | Manila, Philippines |
| 2014[7] | Canada | Ela Mino | Los Angeles, United States |
| 2013[8] | Canada | Emily Kiss | Los Angeles, United States |

## Countries/Territories by winning the title [edit]

| Country/Territory | Titles | Year(s) |



**Miss Global 2014**
Ela Mino, Canada

# Miss Global: Revision history

Help

View logs for this page (view filter log)

---

**Show revision history**

From year (and earlier): 2018    From month (and earlier): all    Tag filter: [ ]    [Show]

---

External tools: Find addition/removal · Find edits by user · Page statistics · Pageviews · Fix dead links

For any version listed below, click on its date to view it. For more help, see Help:Page history and Help:Edit summary. (cur) = difference from current version, (prev) = difference from preceding version,
**m** = minor edit, → = section edit, ← = automatic edit summary

(newest | oldest) View (newer 50 | older 50) (20 | 50 | 100 | 250 | 500)

[Compare selected revisions]

- (cur | prev) ○ 00:20, 5 December 2018  172.249.100.12 (talk) . . (10,926 bytes) (-11) . . (undo)
- (cur | prev) ○ 16:10, 4 December 2018  1337DNA (talk | contribs) . . (10,937 bytes) (-57) . . (Undid revision 871985478 by 172.249.100.12 (talk)) (undo) (Tag: Undo)
- (cur | prev) ○ 16:01, 4 December 2018  172.249.100.12 (talk) . . (10,994 bytes) (+57) . . (undo)
- (cur | prev) ○ 05:28, 4 December 2018  1337DNA (talk | contribs) . . (10,937 bytes) (-48) . . (Undid revision 871916992 by 172.249.100.12 (talk)) (undo) (Tag: Undo)
- (cur | prev) ○ 05:26, 4 December 2018  172.249.100.12 (talk) . . (10,985 bytes) (+48) . . (undo)
- (cur | prev) ○ 06:13, 1 December 2018  1337DNA (talk | contribs) . . (10,937 bytes) (-57) . . (Undid revision 871459316 by 2600:6C50:617F:E44F:59C5:9A14:13F9:91D0 (talk)) (undo) (Tag: Undo)
- (cur | prev) ○ 06:04, 1 December 2018  2600:6c50:617f:e44f:59c5:9a14:13f9:91d0 (talk) . . (10,994 bytes) (+57) . . (undo)
- (cur | prev) ○ 22:23, 29 November 2018  1337DNA (talk | contribs) . . (10,937 bytes) (-24) . . (→Titleholders) (undo)
- (cur | prev) ○ 22:22, 29 November 2018  1337DNA (talk | contribs) . . (10,961 bytes) (+29) . . (Titleholders) (undo)
- (cur | prev) ○ 22:21, 29 November 2018  1337DNA (talk | contribs) . . (10,932 bytes) (-16) . . (Undid revision 871249174 by 189.121.172.124 (talk)) (undo) (Tag: Undo)
- (cur | prev) ○ 21:07, 29 November 2018  189.121.172.124 (talk) . . (10,948 bytes) (+16) . . (undo)
- (cur | prev) ○ 21:05, 29 November 2018  189.121.172.124 (talk) . . (10,932 bytes) (+27) . . (→Titleholders) (undo)
- (cur | prev) ○ 21:02, 29 November 2018  189.121.172.124 (talk) . . (10,905 bytes) (-29) . . (→Titleholders) (undo)
- (cur | prev) ○ 03:24, 29 November 2018  1337DNA (talk | contribs) . . (10,934 bytes) (-59) . . (Undid revision 871127662 by 2600:6C50:617F:E44F:506C:F15:3C3F:8B86 (talk)) (undo) (Tag: Undo)
- (cur | prev) ○ 03:08, 29 November 2018  2600:6c50:617f:e44f:506c:f15:3c3f:8b86 (talk) . . (10,993 bytes) (+59) . . (undo)
- (cur | prev) ○ 04:07, 28 November 2018  1337DNA (talk | contribs) . . (10,934 bytes) (-47) . . (Undid revision 870945143 by 189.216.196.237 (talk)) (undo) (Tag: Undo)
- (cur | prev) ○ 23:31, 27 November 2018  189.216.196.237 (talk) . . (10,981 bytes) (+47) . . (→Titleholders) (undo)
- (cur | prev) ○ 16:50, 26 November 2018  1337DNA (talk | contribs) . . (10,934 bytes) (+28) . . (accuracy of titleholders) (undo)
- (cur | prev) ○ 16:49, 26 November 2018  1337DNA (talk | contribs) . . (10,906 bytes) (-1) . . (ownership accuracy) (undo)
- (cur | prev) ○ 16:48, 26 November 2018  1337DNA (talk | contribs) . . (10,907 bytes) (-12) . . (accuracy of content) (undo)
- (cur | prev) ○ 16:48, 26 November 2018  1337DNA (talk | contribs) **m** . . (10,919 bytes) (-9) . . (accurate summary) (undo)
- (cur | prev) ○ 16:47, 26 November 2018  1337DNA (talk | contribs) . . (10,928 bytes) (-71) . . (Undid revision 870697176 by 2600:6C50:617F:E44F:54EE:EC08:785:47D2 (talk)) (undo) (Tag: Undo)
- (cur | prev) ○ 13:39, 26 November 2018  2600:6c50:617f:e44f:54ee:ec08:785:47d2 (talk) . . (10,999 bytes) (+71) . . (undo)
- (cur | prev) ○ 13:37, 26 November 2018  2600:6c50:617f:e44f:54ee:ec08:785:47d2 (talk) . . (10,928 bytes) **(-721)** . . (undo) (Tag: Visual edit: Switched)
- (cur | prev) ○ 18:49, 31 October 2018  1337DNA (talk | contribs) . . (11,649 bytes) (+58) . . (Undid revision 866657437 by 189.34.242.47 (talk)) (undo) (Tag: Undo)
- (cur | prev) ○ 18:17, 31 October 2018  189.34.242.47 (talk) . . (11,591 bytes) (-58) . . (→Titleholders) (undo)
- (cur | prev) ○ 21:35, 22 October 2018  1337DNA (talk | contribs) . . (11,649 bytes) (+33) . . (Undid revision 865259676 by 191.13.220.169 (talk)) (undo) (Tag: Undo)
- (cur | prev) ○ 19:43, 22 October 2018  191.13.220.169 (talk) . . (11,616 bytes) (-33) . . (→Titleholders) (undo)
- (cur | prev) ○ 01:38, 10 October 2018  Kuru (talk | contribs) . . (11,649 bytes) (-55) . . (rmv link to wikipedia mirror) (undo)
- (cur | prev) ○ 00:54, 10 October 2018  1337DNA (talk | contribs) **m** . . (11,704 bytes) (0) . . (→External links) (undo)
- (cur | prev) ○ 00:48, 10 October 2018  1337DNA (talk | contribs) **m** . . (11,704 bytes) (-9) . . (→External links) (undo)
- (cur | prev) ○ 00:47, 10 October 2018  1337DNA (talk | contribs) **m** . . (11,713 bytes) (+64) . . (authenticity check - links) (undo)



- 22:23, 29 November 2018 (diff | hist) . . (-24) . . Miss Global (→Titleholders)
- 22:22, 29 November 2018 (diff | hist) . . (+29) . . Miss Global (Titleholders)
- 22:21, 29 November 2018 (diff | hist) . . (-16) . . Miss Global (Undid revision 871249174 by 189.121.172.124 (talk)) (Tag: Undo)
- 03:24, 29 November 2018 (diff | hist) . . (-59) . . Miss Global (Undid revision 871127662 by 2600:6C50:617F:E44F:506C:F15:3C3F:8B86 (talk)) (Tag: Undo)
- 04:07, 28 November 2018 (diff | hist) . . (-47) . . Miss Global (Undid revision 870945143 by 189.216.196.237 (talk)) (Tag: Undo)
- 16:50, 26 November 2018 (diff | hist) . . (+28) . . Miss Global (accuracy of titleholders)
- 16:49, 26 November 2018 (diff | hist) . . (-1) . . Miss Global (ownership accuracy)
- 16:48, 26 November 2018 (diff | hist) . . (-12) . . Miss Global (accuracy of content)
- 16:48, 26 November 2018 (diff | hist) . . (-9) . . m Miss Global (accurate summary)
- 16:47, 26 November 2018 (diff | hist) . . (-71) . . Miss Global (Undid revision 870697176 by 2600:6C50:617F:E44F:54EE:EC08:785:47D2 (talk)) (Tag: Undo)
- 18:49, 31 October 2018 (diff | hist) . . (+58) . . Miss Global (Undid revision 866657437 by 189.34.242.47 (talk)) (Tag: Undo)
- 21:35, 22 October 2018 (diff | hist) . . (+33) . . Miss Global (Undid revision 865259676 by 191.13.220.169 (talk)) (Tag: Undo)
- 00:54, 10 October 2018 (diff | hist) . . (0) . . m Miss Global (→External links)
- 00:48, 10 October 2018 (diff | hist) . . (-9) . . m Miss Global (→External links)
- 00:47, 10 October 2018 (diff | hist) . . (+64) . . m Miss Global (authenticity check - links)
- 00:33, 10 October 2018 (diff | hist) . . (+26) . . Miss Global (titleholder accuracy)
- 00:30, 10 October 2018 (diff | hist) . . (-76) . . Miss Global (Undid revision 862321625 by 2600:6C50:617F:E44F:450D:4DA6:12A3:14A3 (talk)) (Tag: Undo)
- 21:19, 9 September 2018 (diff | hist) . . (-12) . . m Riot Games (grammar edit [established -> relocated])
- 20:44, 26 August 2018 (diff | hist) . . (+19) . . Miss Global (Inaccurate update by unlawful source - Undid revision 856663200 by Onlytrue321 (talk)) (Tag: Undo)
- 20:43, 26 August 2018 (diff | hist) . . (+4) . . m Miss Global (Inaccurate revision - Undid revision 856663350 by Onlytrue321 (talk)) (Tag: Undo)
- 20:43, 26 August 2018 (diff | hist) . . (-12) . . m Miss Global (Undid revision 856663469 by Onlytrue321 (talk)) (Tag: Undo)
- 20:42, 26 August 2018 (diff | hist) . . (0) . . m Miss Global (Undid revision 856663761 by Onlytrue321 (talk)) (Tag: Undo)
- 18:40, 6 August 2018 (diff | hist) . . (+28) . . m Miss Global (updated titleholder)
- 06:15, 6 April 2018 (diff | hist) . . (-12) . . m Miss Global (TBD 2018)
- 00:06, 6 April 2018 (diff | hist) . . (+6) . . m Miss Global (TBD 2018)
- 00:03, 6 April 2018 (diff | hist) . . (-126) . . m Miss Global (contestant qualification change per Miss Global executive decision for pageant winner)
- 03:25, 3 April 2018 (diff | hist) . . (-102) . . Miss Global (Undid revision 833939959 by Special:Contributions/2601:83:8000:7916:215F:2349:32A5:A8AE) (Tag: Undo)
- 18:55, 23 March 2018 (diff | hist) . . (-13) . . m Miss Global
- 18:54, 23 March 2018 (diff | hist) . . (-6) . . m Miss Global
- 18:53, 23 March 2018 (diff | hist) . . (-61) . . m Miss Global
- 18:02, 23 March 2018 (diff | hist) . . (+46) . . m Wikipedia:Administrator intervention against vandalism (signed statement)
- 17:48, 23 March 2018 (diff | hist) . . **(+1,177)** . . m Wikipedia:Administrator intervention against vandalism (→User-reported: user reported for vandalism, requesting block for inaccurate and untrue information by user)
- 02:44, 23 March 2018 (diff | hist) . . (+305) . . Miss Global (Undid revision 831946578 by Vanmpham (talk)) (Tag: Undo)
- 21:12, 16 March 2018 (diff | hist) . . **(+548)** . . N User talk:Vanmpham (Vanmpham has changed factual information about Miss Global to state information to their favour. Flagging for vandalism.)
- 21:06, 16 March 2018 (diff | hist) . . (+303) . . Miss Global (Undid revision 830771479 by Vanmpham (talk)) (Tag: Undo)
- 06:33, 16 March 2018 (diff | hist) . . (+4) . . m Miss Global
- 21:21, 15 March 2018 (diff | hist) . . (+84) . . m Miss Global
- 21:13, 15 March 2018 (diff | hist) . . (+205) . . m Miss Global (CEO = Tea Mak, its rightful owner by law in the United States of America)
- 21:54, 27 January 2018 (diff | hist) . . (+23) . . m Miss Global
- 06:33, 25 January 2018 (diff | hist) . . (+3) . . m Motion to strike (court of law)
- 02:25, 18 January 2018 (diff | hist) . . (0) . . m Watcher (angel)
- 05:23, 11 January 2018 (diff | hist) . . (+121) . . m Miss Global
- 05:13, 11 January 2018 (diff | hist) . . (0) . . m Miss Global
- 19:53, 10 January 2018 (diff | hist) . . (-1) . . m Miss Global
- 19:53, 10 January 2018 (diff | hist) . . (0) . . m Miss Global
- 19:51, 10 January 2018 (diff | hist) . . (+31) . . m Miss Global

# EXHIBIT "O"

Hi Grace,

The pageant you are talking about in February has not been authorized by the ownership of Miss Global. Association in the Philippines, and their former National Director has been terminated due to corruption and fraud. An alternate website, as well as the Instagram page for Miss Global, has been managed by an individual who is currently in a lawsuit in regards to Miss Global

an individual who is currently in a lawsuit in regards to Miss Global Organization. The Wikipedia page, Facebook and www.MissGlobal.com are all run by legally authorized ownership of Miss Global - we have partial access to Instagram as it is linked as a business account to our Facebook page (you may be seeing confusing representation on that page and the former Queen from Brazil - we apologize dearly for this confusion). A decision

# EXHIBIT "P"

3:24



tatanamakarenko

October 24, 4:40 AM



Hello. I dont understand your problem with Tea and I'm so unhappy with this problem and also dont want to send The girl till this problem will be solve. We have licence Miss World, Miss International, Miss Grand Int., Miss Interncontinental. I would like to have yours too but i realy dont understand The problem. Both tell me that proboem is in second side... i cant buy fly tickets and after will be deleted

November 09, 1:35 AM

Hi Tatana, we are about to send out invites and need to know if you will proceed forward with us this year. We have actually postponed our Miss Global until Monday, Feb11th. So girls will arrive by Friday Feb 1st and depart Tuesday Feb12th. Everything has been finalized and booked with venue. I have

 Hi Ta    Send

SAT 11:36 PM

> hey melvyn, following up with your delegate situation. we are sending out our invites on monday to delegates. need to know if you committed in sending a delegate this year

Hello there. I was going to contact you today.

The team has asked for the legal clearance with Tea. And the contract that the winner/s would have to sign.

I have presented you in good light and we all are in support of you, but as an organisation, the legal team would like to clear any possibility of controversies.

Since it could affect our stance with our other pageants.

I hope you understand, and it doesn't come across in any way as offensive to you.

We have a brand image of over 50 years to uphold in India.


So I hope it is all understandable my friend.

> hey melvyn. please understand our court date is not until July 2019 so this is an ongoing case. So in that case, if you are looking for a "clearance", I can only provide a letter from my lawyer stating that Im the legal owner. As shared with you already, 13.5 of her 14 counterclaims have already been dismissed with prejudice. Basically, with .5 counterclaim she is hanging on to, the court is saying she basically has no case against me. All of our national directors are moving forward with me since they realize the truth to this situation.

-------- Original Message --------
Subject: Re: IMPORTANT UPDATE: Miss Global 2018 - Australia
Date: 2018-10-19 01:18
From: Miss Global Australia <hello@missglobalaustralia.com>
To: MISS GLOBAL ORGANIZATION <info@missglobalofficial.com>

Hi Van,

Thanks for the email.

I'm still awfully confused as to what is going on - I hear one thing, and then another, and none of it is making any sense.

I have crowned my Miss Global Australia and therefore of course want to send her to compete. You put on a great show so I expect the Philippines to be excellent!

I am concerned about delegate numbers and also whether the law suit will affect you holding the competition in January as it's not very far away and with nothing set in stone, I am very concerned that you may have to postpone.

   Best wishes for a great weekend,

Lucinda

Lucinda Ferguson
Director
Miss Global Australia
040 606 2003
www.missglobalaustralia.com

Hello Grace,

We are happy to provide you a packet of information outlining the legal ownership of Miss Global Organization by Ms. Tea Mak. Tea is the sole creator of Miss Global since its inception, and Mr. Van Pham was officially terminated this time last year after it was found out that he put female contestants in compromising situations, and numerous accusations as such. It is not appropriate that we send you his termination letter - but we can assure you, his involvement with Miss Global Organization has ended. Tea had put Van in charge of some business matters in the past, one of which was filing the logo, which she created, to the US Trademark office. While the trademark does have Mr. Pham's name on it, the intellectual property is legally owned by the company, and the company is owned by Tea.

Mr. Pham did initiate a lawsuit in an effort to bully Ms. Mak, however, as such, numerous criminal complaints and accusations of improper conduct have been filed against him that are beginning to surface in the US Federal court of law - some of those accusations include money laundering, fraud, extortion, and soliciting prostitution of contestants. It is absolutely unethical and illegal for Mr. Pham to continue soliciting any contestants, and/or to conduct a pageant of any kind anywhere in the world as he faces charges in the US Federal court of law.

To further reiterate - Ms. Mak has always maintained full control and ownership of the website and subsequent domains, the Facebook page, LinkedIn, and additionally, copyright claims for Miss Global Organization as a pageant and business - Mr. Pham has maintained control of Instagram and Twitter, but that will soon be turned back over to Ms. Mak and her team. Also, Mr. Pham's website will be shutdown in coming months as our legal team of lawyers makes efforts to get this done legally through the courts. Furthermore, Mr. Pham's current legal counsel was in fact the lawyer who originally filed the trademark, however his substitution to now represent Mr. Pham only further confirms his struggle to properly retain any sort of legal counsel to consistently represent him. This is his 3rd time changing lawyers and the courts to do not see favorably of this.

If you wish to participate in any future pageant by Miss Global we cannot advise in any way for you to continue your current communication with the fraudulent representation of this alternate website and those that it is run by, and would not be able to work with you in the future. I would ask that you please forward any communications sent by the other party so that our lawyers can review - please send to info@missglobal.com.

Respectfully,
Miss Global Organization

# EXHIBIT "Q"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-114-152**

Effective Date of Registration:
August 06, 2018

## Title
    **Title of Work:** Miss Global (Logo Artwork)

## Completion/Publication
    **Year of Completion:** 2011
    **Date of 1st Publication:** August 14, 2011
    **Nation of 1st Publication:** United States

## Author
-     **Author:** Van Minh Pham
    **Author Created:** 2-D artwork
    **Work made for hire:** Yes
    **Citizen of:** United States
    **Domiciled in:** United States

## Copyright Claimant
    **Copyright Claimant:** Van Minh Pham
    11101 Condor Ave, Fountain Valley, CA, 92708, United States

## Rights and Permissions
    **Name:** Van Minh Pham
    **Email:** vanmpham@yahoo.com
    **Telephone:** (323)528-4385
    **Address:** 11101 Condor Ave
    Fountain Valley, CA 92708 United States

## Certification
    **Name:** Van Minh Pham

**Date**: August 06, 2018

---

**Correspondence:** Yes