# EXHIBIT "R"

-------- Original Message --------
Subject: Miss Global Business Plan
Date: 08/24/2012 01:37
From: van@missglobal.com
To: makcoconsulting@gmail.com

hey Tea,

please find attached the business plan. please take a look and let me know if you have any questions. ok, just to give you a heads up in regards to investment structure, i basically have 49% available for investment. Of the 49%, 40% is reserved for actual investors and I have a cap of 9% for finders. $25K is equal to 1% for investors. However as an incentive for the FIRST investor, with a minimum of $100K investment which is equal to 4%, he/she will
get the additional 1% out of the 9% reserved for finders. So basically for $100k, he/she will get 5%. Will allow maximum of additional 2% investment bonus so basically @ $200K, which would give you 8%, with the 1% per $100K, he/she will get a total of
10% for $200K. Hopefully that makes sense.

As for yourself, finder's fee commission is at 10% so for every $25K you secure, that's $2,500 for you. As for a share in the company, for every $50K you help secure, you will get 1% profit share.

Please keep in mind that you do not need to seal the deal with investor(s), just simply need to do the referral and you will get your finder's fee and/or profit share if he/she comes on board. I actually prefer if your investor(s)

Priority    Highest

$50K you help secure, you will get 1% profit share.

Please keep in mind that you do not need to seal the deal with investor(s), just simply need to do the referral and you will get your finder's fee and/or profit share if he/she comes on board. I actually prefer if your investor(s) are serious, would like to meet him/her in person with you and it would be easier to help pitch the idea together.

Anyhow, take a look at it and we can talk over weekend. There's a lot I need to share with you. Still need to get you NonDisclosure Agreement before you send out the business plan. But goal within 30 days is to try and raise a minimum of $250K for this venture to happen in Las Vegas @ Mandalay Bay on Jan. 19th, 2013.

btw, just a little bit info to share with investors. we have guest judges that are on board such as

ABC's "The Bachelor" from Season 5 Jake Pavelka
http://www.youtube.com/watch?v=zU_F6mNKK0k

Miss Universe Canada contestant Jenna Talackova. She was all over the news earlier this year. Check her out on "The View"
http://www.youtube.com/watch?v=trxA2UMWJWM

thanks. van