# EXHIBIT "S"



# MISS GLOBAL 2018 HOSTING AGREEMENT

This Agreement is entered into as of _____, 2018 ("Effective date") by and between:

**(A)**     **MISS GLOBAL ORGANIZATION, LLC (LIMITED LIABILITY COMPANY)**

Registered address: 11101 Condor Ave. Fountain Valley, California 92708. United States
Registered number: 201209810211
Representative: Mr. Van M. Pham
Position: CEO & Founder
Tel: 1.888.765.5508 Fax: 1.888.333.7179
Email: van@missglobalofficial.com
(hereinafter called **"MGO"**) **and**

**(B)**     **JIN SUNG**

Registered address: No. 4945. 425 Teheran – Ro, Sam Sung – Dong, Gangnam – Gu, Seoul, Korea

Registered number: _____
Representative: Kim Hyung Jun
Position/Title: CEO / Chairman
Tel: +82 2 552 5624 Mobile: +82 10 5026 6910 Fax: +82 2 558 6689
Email: rlarkdi1021@naver.com
(hereinafter called **"HOST"**)

MGO and HOST are hereinafter collectively referred to as "both Parties" or "the Parties" and separately as "each Party" or "a Party".

RECITAL

**WHEREAS**, MGO runs its business as a world-class international beauty pageant featuring delegates between the ages of 18-32 from around the world. Miss Global Organization is limited liability company established under the laws of California, USA.

**WHEREAS**, **HOST** is an established business based in Korea with the professional experience to host the international beauty pageant MISS GLOBAL 2018.

**WHEREAS**, **HOST** will serve as the organization to host and professionally co-produce the Miss Global 2018 pageant for approximately 2-3 weeks in SEOUL, SOUTH KOREA on an approved date temporarily slated from FRIDAY, NOVEMBER 1ST, 2018 - SUNDAY, NOVEMBER 18Th 2018 (hereinafter referred to as **"PAGEANT WEEKS"**).

**WHEREAS**, this Agreement is intended to record the understandings reached by the Parties. The Parties rely on this Agreement to cooperate in organizing Miss Global 2018 in SOUTH KOREA. This Agreement may be amended from time to time given negotiating results between two parties.

**Therefore, Now** MGO and HOST agree to conclude this Agreement with the following terms and conditions:

1. **PAGEANT**

The parties shall cooperate to co-produce the Miss Global 2018 Beauty Pageant ("Event"), to comprise part of MGO's preexisting pageant franchise currently known as ["The Miss Global Beauty Pageant"] ("Franchise"), comprising of 1 main coronation event and a Preliminary - Global Fashion Event, as well as the other elements described in this Agreement, with the parties' respective responsibilities allocated per this Agreement:

   a) MISS GLOBAL 2018 "Finale Event"- coronation night on , SATURDAY, NOVEMBER 17th, 2018 at the following venue in South Korea:

   _____
   _____
   _____

   b) MISS GLOBAL 2018 - Preliminary which entails Charity Global Fashion Event, Swimsuit, and Evening Gowns, to be held one week prior to the coronation temporarily on SATURDAY, NOVEMBER 10TH, 2017 at the following venue in South Korea:

   _____

2

PHAM-00367

> The Preliminary Charity Global Fashion Event will feature and highlight a variety of international designers collection and local couture fashion in South Korea featuring the Miss Global contestants.

If circumstances beyond the control of either party require adjustment of the date(s), the parties shall negotiate in good faith upon a new date(s) within 2018 that will not have a negative impact in hosting Miss Global 2018 for MGO and such reasonable adjustment to the terms of this Agreement as may be appropriate.

**2. Responsibilities and Obligation of HOST**

**1. HOST's Rights**

   **(a)** HOST's presenting sponsors will appear in any advertisement's form as the **Event's** sponsor(s). Host understands sponsors can not be affiliated with alcohol or tobacco or any products that may negatively effect the Miss Global brand without MGO's approval.

   **(b)** HOST is entitled to broadcasting and distribution rights for the Miss Global 2018 Event in SOUTH KOREA only and is responsible with all costs associated in broadcasting it nationally in SOUTH KOREA .

   **(c)** HOST is entitled to select 5 of 10 judges. Judges must not be a conflict of interest in judging the Miss Global 2018 Pageant. Judges can not be a staff, delegate, or employee of HOST. Judges must be able to communicate in English fluently

**2. HOST'S OBLIGATIONS**

Host will be responsible for arranging for, seeking sponsors and/or paying all costs associated with:

   a) **HOST COUNTRY LICENSING FEE**: HOST will pay MGO the licensing fee in the amount of seven hundred fifty thousand ($750,000) USD to exclusively host the MISS GLOBAL 2018 BEAUTY PAGEANT in SOUTH KOREA. 25% of Licensing fee must be paid within 3 days to MGO upon the execution of this agreement or no later than APRIL 25TH, 2018th. The 2nd – 4th installments of the remaining 75% to be divided into three (3) even payments paid within 2 weeks from each other over the duration of six (6) weeks upon the execution of this agreement date or no later than MARCH 2, 2018. The final remaining balance of $520,000USD must be paid by no later than JUNE 5, 2018. HOST will wire-transfer the licensing fee to MGO's bank account as follows:

   **CHASE BANK – 808 E. Main Street Alhambra, CA 91801**
   **SWIFT CODE – CHASUS33 OR CHASUS33XXX**

**MISS GLOBAL ORGANIZATION, LLC**
**11101 Condor Ave. Fountain Valley, CA 92708**
**ACCOUNT #:  932313559**
**ROUTING #: 322271627**

b) **VENUE:** Venue for the Miss Global 2018 Coronation Night and other potential venues and/or locations as needed for Miss Global 2018 rehearsals, photo-shoots, and any additional events as agreed by both parties. The selected and approved venue for MISS GLOBAL 2018 must be reserved for a minimum of 5 days for stage set up, rehearsals, technical run through, and for the main coronation. Venue must be booked and secured within 45 days of executing this Agreement to officially book and confirm the Miss Global 2018 Coronation Night, whichever is sooner. HOST will provide a copy of the signed Venue Agreement for MGO.

3. **STAGE SET:** HOST will secure sponsor or provide adequate professional lights, stage set and design. Stage set will be up to international broadcast standards with at least the following: Risers suitable for at least 75 contestants, high gloss flooring, and LED screen(s) large enough for stage usage. Without limiting the generality of the foregoing, HOST shall consult with MGO in advance, and get MGO's advance written approval, regarding stage set and design so that said aspects work well for the Pageant and international HD broadcasting. MGO shall render its approval or comments thereto within fifteen (15) calendar days from HOST'S consultation of stage and set design, otherwise, HOST shall treat the same to be approved. As a reference, stage set needs to be designed professionally and up to quality as shown in EXHIBIT B of this agreement. Stage set will be original design and will not be a duplication of other stage sets unless approved by MGO. HOST will work closely with MGO to design the most professional and suitable stage design for Miss Global 2018. Stage set design must be approved 90 days prior to the Miss Global 2018 coronation night tentatively scheduled for SATURDAY, NOVEMBER 17TH, 2018.

4. **VIDEO PRODUCTION:** HOST will secure and responsible for all costs associated for broadcast production native HD 1920x1080p video production for the Miss Global 2018 coronation night. Video production will include live switching, minimum of 8 HD cameras with minimum of two 30ft+ jib/crane, one HD camera for dolly & track usage, and all other personnel and things necessary to record the Production including for purposes of the Program defined below as well as, if required, for delayed broadcasting by third parties; and editing, sound design, music, mixing, color correction, and all other personnel and things necessary for post-production to create a program of the approved  Production ("Program") by MGO, no later than 30 days from the date of the Miss Global 2018 Finale Event, of a technical and creative standard suitable for international native HD 1080p broadcast. All production and post-

4

production services, and the Program, shall be provided pursuant to a program outline and production and postproduction plan to be negotiated in good faith between the parties. HOST will finalize final edit and obtain approval of MGO prior to any broadcasting. Video Camera requirements are at least of equal quality or better as follows: Panasonic AJ-HPX 3100 or AJ-PX5000.

5. **ENTERTAINERS and PERSONNEL:** HOST shall be responsible for negotiating and contracting with and paying any fees or expenses as may be necessary for local entertainers, and personnel (whether employees, contractors, volunteers, or otherwise) or companies which are sourced or contracted with by HOST or anyone related to HOST. Entertainment must be approved by MGO. Entertainers' music selections and dress code must be suitable for the Miss Global 2018 and have music clearance for international tv broadcasting.

6. **ACCOMMODATION:** HOST will provide or secure sponsorship for a 4 to 5 star hotel accommodation for approximately 3 weeks for delegates, MGO's staff and crew, judges, sponsors, co-host and any potential entertainers. Delegates and staff will share a room with 2 people per room provided rooms have two queens or double beds that is suitable and comfortable for such accommodation. HOST will secure a minimum total of approximately 50 double occupancy rooms for MGO during the 2-3 weeks of competition. In case of additional delegates competing more than estimated amount, MGO will inform HOST no later than 30 days for the additional accommodation for the delegates. The rooms will include 3 suites for MGO executives and for the current Miss Global reigning queen. In addition, up to 10 rooms for 2 weeks of accommodation for early arrivals of MGO staff and crew and 5 rooms for 1 week extended stay after the Miss Global 2018 Pageant for MGO's staff and Miss Global 2018 Royal Court to do promotional tour of SOUTH KOREA. Room must be comfortable, clean, and will include wi-fi and AC. The official residency and/or Hotel must be secured within 90 days upon the execution of this Agreement. HOST will provide a copy of the signed hotel accommodation agreement for MGO's approval.

7. **FOOD:** HOST will provide or secure sponsorship for 3 meals a day (breakfast, lunch, dinner) for all MGO's staff & crew, delegates, judges and invited sponsors during the entire duration of the 2-3 week pageant competition as well as for MGO's staff and crews' early arrival or extended stay of approximately 1 week. Meals must have adequate portions and reasonably healthy food for delegates to maintain their proper diet for the competition. Adequate water bottles, fresh fruit and/or snacks must be provided throughout the duration of the entire pageant weeks.

8. **TRANSPORTATION:** HOST will provide or secure sponsorship for at least two charter buses for ground transportation during the duration of pageant weeks. Charter buses should accommodate 40+ passengers per bus for delegates, staff and crew, judges, selected entertainers, and hosts, among such persons who

5

are sourced and contracted with by MGO. HOST will also provide a separate passenger vehicle along with a driver to escort Miss Global staff for any necessary production related usage.

9. **PUBLICITY AND PROMOTIONAL MATERIALS:** HOST is responsible for arranging and paying for publicity and advertising including any potential costs associated with any promotional items as needed or requested by MGO: promo flyers, posters, billboards, designing and printing program booklets, press releases and printing tickets for the events including promos for TV broadcasting in SOUTH KOREA.

10. **HAIR AND MAKEUP ARTISTS:** HOST will provide or secure sponsorship for a local team of professional and experienced hair and makeup artists for all necessary photo-shoots, and events during pageant weeks. Hair and Makeup artists will be a team of no less than 30 qualified professionals. HOST's selected Hair and Makeup artists will provide portfolio or website for MGO's approval.

11. **SECURITIES:** HOST will provide professional and qualified securities for all activities, events and overall safety of all the delegates and MGO's staff, crew, judges, entertainers, and anyone associated with the Miss Global 2018 production during the entire duration of hosting the Miss Global 2018 in SOUTH KOREA.

12. **PERMIT:** HOST will provide and be responsible in fully securing any and all proper event and location permits required for all activities, events and photo shoots in SOUTH KOREA. Permit for the Miss Global 2018 final coronation night must be granted and approved by NO LATER THAN 90 DAYS upon the execution of this Agreement. Host will provide a copy of the permit to MGO.

13. **VISA DOCUMENTS:** HOST will provide and secure support documents (welcome or invitation letter) from SOUTH KOREA officials such as the South Korea's Ministry of Tourism or embassy officials to help delegates obtain any necessary required traveling visa to enter SOUTH KOREA.

14. **INSURANCE:** HOST will provide and pay for production insurance that will meet all venue requirements and include MGO as an additional insured. Insurance must include medical coverage for all MGO staff and delegates.

15. **SCORING:** HOST will be responsible in providing a professional CPA (Certified Professional Accountant) team and approved by MGO to do score tabulation for the MISS GLOBAL 2018.

3. **RIGHTS AND OBLIGATIONS OF MGO**

PHAM-00371

    **3.01**    **Rights of MGO**

        (a)    All materials are copyrighted by MGO and reserve the rights for worldwide broadcasting and distribution outside of SOUTH KOREA.

    **3.02  Obligations of MGO**

        (a)    Guaranteed minimum of 55 delegates and up to 80 delegates pending on size of venue, scale of production, and sponsorship

        (b)    Provide necessary MGO staff to manage the contestant and co-produce the pageant such as choreography, runway training, etc., at its own expense.

        (c)    Will provide one main English speaking MC/host for event, at its own expense.

        (d)    Will provide international airfares to South Korea for any necessary MGO staff and delegates, at its own expense.

        (e)    Will provide prizes, gifts, sashes and crowns, at its own expense.

        (f)    Will provide additional judges and host as needed

        (g)    Will provide behind the Scene/Reality Show Production, at its own expense.

        (h)    Will provide photography team for all professional photo-shoots, at its own expense.

        (i)    Will provide at least 2 hair & makeup supervisors to oversee HOST's local hair and makeup team.

**4.     REVENUE SHARING: MGO will retain 30% of all net profit share after all expenses not to exceed $2million in connection with the MISS GLOBAL 2018 Pageant. Any net profit will be disbursed to MGO by no later than 5 business days.**

        (a)    Tickets: HOST will be responsible and accountable for ticket transaction and printing. Each party will obtain 250 complimentary tickets for sponsors, VIP guests, etc. Tickets will be available at box office for purchase at least three (3) months prior to Miss Global 2018.

        (b)    Sponsorship: All monetary revenue received as sponsorship in connection with the MISS GLOBAL 2018 Pageant shall be paid directly to the acquiring party; Notwithstanding the foregoing, the parties shall keep each other reasonably apprised of such potential sponsors as it may

7

        be targeting, so as not to present a conflicting approach vis-a-vis third parties. For purposes of clarification, any costs due to the relevant sponsorship agreement shall be deducted solely from the Acquiring

    (c)    Any and all revenue sharing (ticket sales) and expense sharing or fees is subject to the entitled party having satisfactorily provided all relevant services to that point in time and not being in material breach of this Agreement or any other agreement related to the Production. Except as otherwise expressly provided herein, no other fees, reimbursement, revenue participation or other compensation of any form shall be owed by one party to the other party, now or in the future in connection herewith.

5.    **SCHEDULE:** Both parties will work to organize and co-produce Miss Global 2018 accordingly to the tentative schedule as referenced on EXHIBIT A. Both parties understand it is a tentative schedule and will work in good faith in making any modifications as needed. Changes to the schedule will need approval by MGO.

6.    **AUDITING:** MGO shall be entitled to inspect and copy the records of HOST at its respective places of business, including with an outside auditor if desired; any discrepancy larger than 5% shall be subject to discussions between MGO and HOST to resolve the issue and which findings is more accurate. In the event that the findings of MGO is found to be more accurate, HOST shall reimburse MGO the costs of the audit (as well as for the discrepancy itself) within ten (10) business days. HOST agrees that MGO may audit competition data, balance sheet, budgets, documents (written and electronic) and communications. HOST agrees to provide MGO a full and completed financial record for the event in the form of a P&L (Profit and Loss) statement, which identifies each source of revenue, including gifts ies each source of revenue, inc) business days post event.

7.    **STANDARDS OF CONDUCT**

    (a)    HOST understands and agrees that the Miss Global 2018 Pageant is considered a MGO event. Therefore HOST agrees its organizers, staff, sponsors and volunteers will conduct themselves and administer the Miss Global 2018 Beauty Pageant according to the highest ethical and professional standards.

    (b)    HOST organizers, staff and volunteers are not MGO employees

8.    **OWNERSHIP; INTELLECTUAL PROPERTY:** All right, title, and interest in the Pageant, Franchise, Production and Program, and all elements related to any of the foregoing, including the format, brand, titles, logos, and trade dress, graphics, footage, still photos, B-roll, ther fees, reind other visual elements, script outline, themes dialogue, and all other elements thereof (altogether the the er the the foregoing, including the format, brHOST and all results and proceeds of the services of HOST and

8

any personnel or companies engaged in connection with HOST, whether or not such results or proceeds are conveyed and regardless of the manner conveyed (altogether the any of the foregoing, including the format, brand, titles, logos, and trade dress, graphics, footage, still photos, B- include any and all future editions of the Pageant or any variant thereof, whether as part of the Franchise or otherwise, any and all TV or webseries or feature or other motion pictures (whether fictional and/or documentary), short form content, consumer products, merchandise, apps (eg, iOS, Android), and all other derivative works. If any portion of the Work is adjudged not to be a work made for hire, HOST hereby irrevocably assigns, and shall cause any relevant personnel or company to assign irrevocably, to MGO any and all rights therein, in perpetuity throughout the universe. The aforementioned rights shall include the right, but not the obligation, to reproduce, distribute, make available, publicly display or perform, and otherwise exploit the Work, in any and all formats and languages (whether dubbed or subtitled), in combination with other material, including the right to edit or otherwise alter, and including but not limited to theatrical, ancillary, non-theatrical, DVD/Bluray, VCDs, other videograms, VOD (eg, subscription), iPhones, iPads, other mobiles & tablets of any platform, stage and other live performance, location-base entertainment, theme parks, and other experiential usages, including promotions and advertising. HOST hereby waives all, and will not exercise any, and shall cause its related personnel to waive and not exercise, any 'moral' or similar rights. MGO may use the name, likeness, and biographical info of HOST and any personnel related thereto, for purposes of exploitation of the Program and any other right of MGO hereunder. HOST shall obtain and deliver to MGO executed agreements, in form and substance acceptable to MGO, from any and all personnel which are involved with the Production or Program due to HOST, prior to said person beginning his/her related services.

**9. CANCELLATION; TERMINATION**:  If either party purports to unilaterally cancel the Pageant, Production, or Program, or terminate this Agreement due to the fault of the other party, said party shall not be liable for any kind of damages to the party at fault. <u>Otherwise, it shall immediately owe the other party "Liquidated Damages"</u> in the amount of $750,000 US dollars, which amount the parties agree is a reasonable estimate of the damages which either party would suffer in such event; the Liquidated damages shall in no event be interpreted as a penalty. The foregoing shall not apply to (a) cancellation or termination due to an event of force majeure (meaning fire, earthquake, flood, or other natural disaster, act of war or terrorism, or similar event requiring cancellation or termination), or (b) where the parties negotiate in good faith and mutually agree in writing upon such cancellation or termination.

**10: RIGHT OF FIRST REFUSAL:** MGO will grant HOST the first rights of refusal for a two (2) year License to Host and/or co-produce the MISS GLOBAL PAGEANT with an additional 1 year option to renew based on the minimum license renewal payment to MGO at $1,000,000USD for each year in addition to the following terms: If MGO presents a written offer of its proposed deal terms with the minimum licensing renewal fees as stated above for coproduction of the relevant subsequent pageant installment, and host rejects said offer (such as by counter offering) or MGO does not receive any written acceptance within five (5) business days, host shall be deemed to

9

have refused the offer and thus passed on the opportunity to produce that installment and all subsequent installments of the Miss Global Pageant. Multi year license with option to renew license for an additional 1 year is based on the following by HOST: (a) to measure the success and profitability of the co-production, net profit margin for Miss Global (meaning the pageant as a whole) must be above twenty percent (20%) for the previous year's event. If net profit margin does not meet MGO's 20%, MGO will then have the full discretion and must be reasonably satisfied with the overall production, professionalism and cooperation in working with HOST (b) HOST is not in breach of agreement with MGO or otherwise related to the Pageant, and (c) HOST has not done anything that may defame or harm the reputation of Miss Global. (d) HOST must be able to pay the licensing fee accordingly to the agreed deadline date and/or match any bids offered to MGO to host the Miss Global Pageant.

**11. MISCELLANEOUS:** Headings herein are for convenience only and shall not be used to limit the effect of any provision hereof. This Agreement shall inure to the benefit of MGO and its affiliates, and the successors, and assigns thereof, and the owners, managers, directors, officers, employees, and representatives thereof. Any credit which is expressly provided elsewhere in this Agreement shall be provided by MGO as follows: subject to the Work being use in the Program, in full-length DVD releases, and except as otherwise expressly provided in this Agreement all aspects such as size, style, placement, duration, and whether such credit is shared, shall be at MGO's sole and absolute discretion. No part of this Agreement may be assigned (or delegated) by HOST. If HOST breaches any material obligation hereunder to MGO, MGO shall be entitled to terminate this Agreement, or certain or all of its own executory obligations, immediately upon written notice, in which case HOST is obligated to immediately deliver or return any and all raw footage, edit logs and other production and postproduction data and records, the Program and all elements and versions thereof, and other materials to MGO. In case of any dispute hereunder, the parties shall negotiate in good faith a settlement within thirty days; absent a resolution, the enforcement of the terms and provisions of this agreement shall be under the exclusive jurisdiction of any binding arbitration or regular courts in the USA and/or KOREA as determined by MGO, the resulting judgment of which may be enforced in any court of law and which shall award to the prevailing party its reasonable attorney's fees and costs. This Agreement, and any part thereof, may be assigned by MGO. If any portion of this Agreement is adjudged invalid, it shall be curtailed to the extent of such invalidity, and all other portions shall remain in full force and effect. This Agreement shall be construed solely under the laws of USA and/or KOREA as determined by MGO. Any modification hereto shall be in writing, signed by an authorized signatory of the party against whom charged. This Agreement may be signed in separate counterparts. A faxed, scanned, or photographed signature shall be valid as an original.

12. **CONFIDENTIALITY**: MGO and Host agree to keep this agreement confidential.

13. **NONCOMPETE COVENANT**: For a period of 3 years from completion of hosting the Miss Global 2018 Pageant, HOST will not directly or indirectly engage in

PHAM-00375

any business that competes with MISS GLOBAL ORGANIZATION, specifically arranging and or producing international beauty pageants.

**14. NON-SOLICITATION COVENANT.** For a period of 3 years after the effective date of this Agreement, HOST will not directly or indirectly solicit business from, or attempt to sell, license or provide the same or similar products or services as are now provided to, any customer or client of MISS GLOBAL ORGANIZATION, LLC. Further, for a period of 3 years after the effect date of this Agreement, HOST will not directly or indirectly solicit induce or attempt to induce any employee of MISS GLOBAL ORGANIZATION, LLC to terminate his or her employment with MISS GLOBAL ORGANIZATION, LLC.

**14. REPRESENTATIONS AND WARRANTIES:** Each party represent and warrant to one another as follows:

(a)  Experienced professionals with the qualifications to successfully organize and co-produce the Miss Global 2018 Pageant

(b)  Each has the full power and authority to execute, deliver, and perform the obligations set forth in this Agreement.

(c)  The execution and performance of this Agreement do not, and will not, contravene any provision of its establishment documents, or violate any applicable laws, and do not conflict with or result in a breach of any contract or other obligation to which it is a party or for which it may be bound.

**AGREED AND ACCEPTED**
by their respective authorized signatories:

JIN SUNG								MISS GLOBAL ORGANIZATION, LLC

_____		_____
Signature							Signature

Kim Hyung Jun						Van M. Pham
CEO/ CHAIRMAN						CEO/Founder

_____		_____
Date								Date