# EXHIBIT "T"

any business that competes with MISS GLOBAL ORGANIZATION, specifically arranging and or producing international beauty pageants.

**14. NON-SOLICITATION COVENANT.** For a period of 3 years after the effective date of this Agreement, HOST will not directly or indirectly solicit business from, or attempt to sell, license or provide the same or similar products or services as are now provided to, any customer or client of MISS GLOBAL ORGANIZATION, LLC. Further, for a period of 3 years after the effect date of this Agreement, HOST will not directly or indirectly solicit induce or attempt to induce any employee of MISS GLOBAL ORGANIZATION, LLC to terminate his or her employment with MISS GLOBAL ORGANIZATION, LLC.

**14. REPRESENTATIONS AND WARRANTIES:** Each party represent and warrant to one another as follows:

(a) Experienced professionals with the qualifications to successfully organize and co-produce the Miss Global 2018 Pageant

(b) Each has the full power and authority to execute, deliver, and perform the obligations set forth in this Agreement.

(c) The execution and performance of this Agreement do not, and will not, contravene any provision of its establishment documents, or violate any applicable laws, and do not conflict with or result in a breach of any contract or other obligation to which it is a party or for which it may be bound.

**AGREED AND ACCEPTED**
by their respective authorized signatories:

JIN SUNG                                          MISS GLOBAL ORGANIZATION, LLC

_____                          _____
Signature                                         Signature

Kim Hyung Jin                                     Van M. Pham
CEO/ CHAIRMAN                                     CEO/Founder

04.23.2018                                        04/22/2018
_____                          _____
Date                                              Date

11