# AFFIDAVIT OF COMPLAINT

The **UNDERSIGNED,** PAULINE SOFIA LAPING, CEO/National Pageant Director and NERISSA LAPING, Founder/Chairwoman of Miss Global Tourism Philippines Foundation, Inc. the Organizer of Miss Global Philippines pageant with office address Unit 1710 17th Floor West Avenue Suites #124 West Avenue, Quezon City, Philippines accuses SOKHUNTEA MAK, of 1510 Bascom Ave, #29 Campbell, CA 95008 committed as follows, to wit:

That on or about June 2017, the undersigned have negotiation with China Group to host the international competition of Miss Global 2018. This will be hosted by Beijing Zhong Yi Wenhua Chuan Mei Co. Ltd. in China; under the Agreement between PAULINE SOFIA LAPING, NERISSA LAPING and company Beijing Zhong Yi Wenhua Chuan Mei Co. Ltd. it is stated that Beijing Zhong Yi Wenhua Chuan Mei Co. Ltd. is willing to host the international pageant in September 2018 with budget amounting to Two Million Dollar ($2,000,000.00). But because of lawsuit of SOKHUNTEA MAK claiming she's the owner/founder of Miss Global which has been cease and decease by United State District Court Central District of California the said Agreement was cancelled. **The undersigned losses the opportunity and Miss Global Organization to earn the Two Million Dollars ( $2,000,000.00) plus the opportunity to get sponsors while holding the Miss Global 2018 pageant in the Philippines last February 11, 2019 at Newport Performing Arts Theater, Resorts World Manila.**

The undersigned executed this affidavit to attest the truthfulness of the foregoing facts and to support the filing of VAN PHAM the founder and true owner of Miss Global Organization to seek justice on his claim and SOKHUNTEA MAK should pay the penalty and loss of monetary opportunity that should be gain by the undersigned and VAN PHAM. This affidavit is issued to support Miss global Organization claimed for damages and income losses that SOKHUNTEA MAK caused to Miss Global Organization.

This affidavit is executed this 15th day of February 2019.

PAULINE SOFIA LAPING  
CEO/National Pageant Director

NERISSA LAPING  
Founder/Chairwoman

17 Flr. West Avenue Suites 124 West Avenue, Brgy. Philam, Quezon City

Contact: (02) 956 6383 / info@missglobalphil.com / www.missglobalphil.com