LAW OFFICE OF KEVIN M. WELCH
Kevin M. Welch, (SBN 254565)
*Kevin@kmwlawoffice.com*
P.O. Box 494
Hermosa Beach, CA 90245
Tel.: (310) 929-0553
Fax: (310) 698-1626

Attorney for the Plaintiffs and Counter-Defendants,
MISS GLOBAL ORGANIZATION, LLC and
VAN PHAM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MISS GLOBAL ORGANIZATION, LLC, a California limited liability company and VAN PHAM, an individual,<br><br>                Plaintiff,<br><br>        v.<br><br>SOKHUNTEA MAK, a/k/a TEA MAK, an individual; SCOTT WARE, an individual; and DOES 1-10, Inclusive,____<br><br>                Defendants.____ | Case No.: 8:17-cv-2223 DOC (KESx)<br><br>**STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW**<br><br>**Hearing Date:  April 8, 2019**<br>**Time:  8:30 a.m.**<br>**Courtroom:  9D**<br>**Judge:  Hon. David O. Carter** |
| SOKHUNTEA MAK, a/k/a TEA MAK, an individual; SCOTT WARE, an individual; and DOES 1-10, Inclusive,<br><br>                Counterclaim Plaintiffs,<br><br>        v.<br><br>MISS GLOBAL ORGANIZATION, LLC, a California limited liability company and VAN PHAM, an individual,<br><br>                Counterclaim Defendants. | |

**STATEMENT OF UNCONTROVERTED FACTS
AND CONCLUSIONS OF LAW**

1    Pursuant to Central District of California Local Rule 56-1, and in support of
2  Plaintiffs' Motion for Summary Judgment, or in the Alternative, For an Order
3  Treating Specified Facts as Established, Plaintiff MISS GLOBAL
4  ORGANIZATION, LLC and Plaintiff VAN PHAM ("Plaintiffs") sets forth the
5  following Statement of Uncontroverted Facts and Conclusion of Law:
6    1.    On November 19, 2011, Plaintiff Van Pham filed a federal trademark
7  application for the stylized mark: G MISS GLOBAL, serial no. 85477157, that
8  matured into registration no. 4219443 (shown below);
9
10
11
12
13
14                    
15
16
17
18
19
20
21
22    2.    The application referenced in paragraph one (1) was filed pursuant to
23  15 U.S.C. §1051(b), giving Plaintiff Van Pham a constructive priority date of
24  November 19, 2011 for the stylized mark G MISS GLOBAL;
25    3.    Neither Defendant SOKHUNTEA MAK ("Tea Mak") nor Defendant
26  SCOTT WARE ever used the mark G MISS GLOBAL or any other MISS
27  GLOBAL formative mark in commerce prior to November 19, 2011.
28    4.    To this day, Plaintiff Van Pham has never sold, assigned, or

**STATEMENT OF UNCONTROVERTED FACTS**
**AND CONCLUSIONS OF LAW**

transferred his federally registered mark G MISS GLOBAL, registration no. 4219443;

5.   On March 21, 2012, Plaintiff Van Pham formed Plaintiff Miss Global Organization, LLC naming himself as the sole member.

6.   To this day, Plaintiff Van Pham has never sold, assigned, or transferred any portion of Miss Global Organization, LLC;

7.   On March 15, 2011, Van Pham contacted Mr. Vu, the website designer, to begin designing and developing a website for my beauty pageant.

8.   On April 11, 2011, Van Pham personally purchased the Internet domain name www.missglobal.com from HugeDomains.com for the price of $1,395.00 (the "Miss Global Website").

9.   Van Pham has never sold, assigned, or transferred the Internet domain, www.missglobal.com, to anyone, at any time.  There are no documents in existence that reflect any transfer, assignment, or sale, or divestment otherwise, of Van Pham's ownership of the Internet domain, www.missglobal.com.

10.   On April 24, 2011, while searching for a logo design more consistent with Van Pham's vision for MGO, he retained the services of 48HoursLogo to develop and finalize the logo for his Miss Global pageant.

11.   On or around March 21, 2012, Van Pham retained the services of LegalZoom to form Plaintiff Miss Global Organization, LLC in the State of California.

12.   On April 25, 2012, Van Pham obtained from the IRS a Federal EIN number for Plaintiff Miss Global.

13.   On May 10, 2012, Van Pham filed a Statement of Information for Plaintiff Miss Global with the California Secretary of State, identifying himself, Van Pham, as the sole manager.

**STATEMENT OF UNCONTROVERTED FACTS
AND CONCLUSIONS OF LAW**

14.     In 2013, by and through Van Pham's wholly owned company, Plaintiff Miss Global Organization, LLC, Van Pham personally organized and directed the first annual Miss Global beauty pageant.

15.     For the first annual Miss Global pageant, a program was developed, printed, and distributed wherein Van Pham was prominently identified as the "President & Founder" of Miss Global.

16.     Van Pham has consistently maintained his position as the founding manager and owner of MGO to this day. There are no documents reflecting any transfer, assignment or sale, or otherwise, of his ownership interest in MGO.

17.     On May 8, 2012, Van Pham obtained a USPTO Trademark Certificate for the word mark "MISS GLOBAL" with Registration No. 4,140,556, which affirms that Van Pham first used "MISS GLOBAL" as early as May 2, 2011.

18.     On October 2, 2012, Van Pham obtained a USPTO Trademark Certificate for the design mark "G MISS GLOBAL" with Registration No. 4,219,443, which affirms that Van Pham first used "G MISS GLOBAL" as early as May 7, 2012.

19.     On or around January 2013, Van Pham requested Sokhuntea Mak a/k/a Tea Mak ("Mak"), a seasonable worker for MGO, to create a Facebook page for MGO, specifically, as located at Facebook.com/officialmissglobal (the "MGO Facebook Page").

20.     At all times, Van Pham was personally an administrator of the MGO Facebook Page and maintained access and control over the MGO Facebook Page, with the ability to edit the MGO Facebook Page.

21.     At some point on or about March 29, 2018, Mak a former seasonal worker of MGO, took steps to wrongfully commander control of the MGO

**STATEMENT OF UNCONTROVERTED FACTS
AND CONCLUSIONS OF LAW**

Facebook Page, including causing Van Pham to be improperly removed as an administrator of the MGO Facebook Page.

22.   Since commandeering the MGO Facebook page, Mak has changed the URL to Facebook/missglobalorganization which is identical to the new URL Plaintiffs used for MGO, www.missglobalorganization.com, since Mak commandeered MGO's original URL, www.missglobal.com.

23.   Mak is no longer an employee of MGO or an authorized agent of MGO.

24.   Currently, Van Pham should be the only manager and admin of the MGO Facebook Page.

25.   Van Pham email address is vanmpham@yahoo.com, and his personal Facebook page is Facebook.com/VanMPham. No other email address or Facebook account should be associated with the MGO Facebook Page.

26.   Van Pham has always been the only admin for MGO's Instagram page as located at Instagram.com/missglobalofficial, which is currently linked to the MGO Facebook page at Facebook.com/officialmissglobal (now facebook.com/missglobalorganization). Because the page is linked, Mak has been able to falsely modify the website and biography information on the Instagram.com/missglobalofficial.

27.   Van Pham personally crowned the first pageant winner.

28.   Since 2013, Miss Global has crowned six pageant winners.

29.   In 2019, forty six contestants around the world competed for the Miss Global crown.

30.   Van Pham discovered 48hourslogo by searching online for logo creation companies.

**STATEMENT OF UNCONTROVERTED FACTS**
**AND CONCLUSIONS OF LAW**

31.    48hourslogo is a crowdsourcing website which permits a user to post a job and thereafter select from several unique submissions.

32.    48hourslogo's website describes their service as follows: "[i]t is simply the best way to create a custom logo online because you get multiple designers competing on your project which maximize creativity and selections."

33.    After creating a user account with 48hourslogo, Van Pham submitted a logo design project for a "Miss Global" logo at 48hourslogo.com.

34.    On April 24, 2011, 48hourslogo sent me an electronic mail messages thanking Van Pham for submitting the logo design project at 48hourslogo.com and confirming receipt of payment for the "Miss Global logo project."

35.    On April 26, 2011, 48hourslogo sent Van Pham another email, notifying him that his "Miss Global logo project" had concluded and instructing him to proceed to my project page with 48hourslogo to select up to three (3) designers to continue with my design revisions.

36.    Both the April 24, 2011 email and the April 26, 2011 email from 48hourslogo are addressed to Van M. Pham at his email vanmpham@yahoo.com.

37.    Following the completion of the "Miss Global" design project, 48hourslogo sent him a link containing the final logo package for "Miss Global".

38.    Specifically, on April 27, 2011, 48hourslogo sent Van Pham an email to notify him that the registered logo designer he selected, "ZenBlackMamba" ("Mr. Vizmonte"), had uploaded the final logo package for "Miss Global", and to instruct him to download the file and confirm its content.

39.    Again, the April 27, 2011 email is addressed to Van M. Pham, at him email, vanmpham@yahoo.com.

40.    After completing my requested modifications, "ZenBlackMamba" ("Mr. Vizmonte") sent him the following logo (the "Miss Global Logo"):

**STATEMENT OF UNCONTROVERTED FACTS**
**AND CONCLUSIONS OF LAW**

41.     Thereafter, Van Pham proceeded to pay the remaining balance to Mr. Vizmonte via PayPal for Miss Global Logo.

42.     Pursuant to 48hourslogo's express terms and conditions, Van Pham own the rights to the Miss Global Logo created by 48hourslogo at my direction and as paid for by him.

43.     Since its creation, Van Pham has used the Miss Global Logo in connection with each and every Miss Global event, and has further displayed the Miss Global Logo across various social media platforms in connection with Miss Global's operations.

44.     Defendant/Counterclaimant Sokhuntea Mak a/k/a Tea Mak ("Mak" or "Defendant") did not assist Van Pham or participate in any way in the creation and development of the Miss Global Logo.

45.     Mak's claim that she created, developed, and/or owns the Miss Global Logo is knowingly false.

**STATEMENT OF UNCONTROVERTED FACTS**
**AND CONCLUSIONS OF LAW**

46.     Mak has knowingly edited the Miss Global Organization Wikipedia page multiple times to falsely list herself as the founder and CEO of MGO. Each time Van Pham correct the page she edits the page again.

47.     Mak has intentionally disseminated false and damaging information about Plaintiffs when she received inquiries about Plaintiffs' next Miss Global beauty pageant, recently held in Manila, Philippines from February 1-12, 2019.

48.     Mak's unlawful behavior, including misrepresenting ownership of MGO, infringing Plaintiff's intellectual property, unlawfully commandeering and controlling Plaintiffs' social media accounts and URLs, and otherwise interfering with the operation of Plaintiffs' business has caused several instances of actual confusion among contestant and national directors/licensees, and has caused actual damage to Plaintiffs.

49.     Van Pham registered his copyright in the Miss Global Logo with the United States Copyright Office.

Dated: March 11, 2019

By: _____

Kevin M. Welch, Esq. (SBN 254565)

LAW OFFICE OF KEVIN M. WELCH
P.O. Box 49, Hermosa Beach, CA 90245
Tel.: (310) 929-0553
Email:Kevin@kmwlawoffice.com

Attorney for Plaintiffs and Counterclaim Defendants,
MISS GLOBAL ORGANIZATION, LLC
And VAN PHAM

**STATEMENT OF UNCONTROVERTED FACTS
AND CONCLUSIONS OF LAW**