**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MISS GLOBAL ORGANIZATION, LLC, a California limited liability company, et al.<br>Plaintiff(s)<br>v.<br>SOKHUNTEA MAK, a/k/a TEA MAK, an individual, et al.<br>Defendant(s) | CASE NUMBER<br>8:17-cv-02223-DOC-KES<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [126]** |

The Court hereby orders that the request of:

Sokhuntea Mak and Scott Ware   ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute  themselves  who is

☐ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☒ Pro Se

1456 Huckleberry Circle
*Street Address*

Issaquah, WA 98029                                  scottibo@gmail.com
*City, State, Zip*                                  *E-Mail Address*

(206) 992-7147
*Telephone Number*      *Fax Number*       *State Bar Number*

as attorney of record instead of  MANDOUR & ASSOCIATES, APC
*List **all** attorneys from same firm or agency who are withdrawing.*

Ben T. Lila (246808); Joseph A. Mandour, III (SBN 188896); and Gordon E. Gray (SBN 175209)

**is hereby**     ☒ **GRANTED**     ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  July 22, 2019

*/s/ David O. Carter*
DAVID O. CARTER, U. S. District Judge