# EXHIBIT B

**Kevin M. Welch**

---

| | |
|---|---|
| **From:** | Ben T. Lila <blila@mandourlaw.com> |
| **Sent:** | Wednesday, June 26, 2019 5:08 PM |
| **To:** | Kevin M. Welch |
| **Cc:** | Joseph A. Mandour |
| **Subject:** | RE: Miss Global Organization Matter- Settlement Payment (Mak, S./6179.02-001) |

Hi Kevin,

We are not authorized to accept service.  We are not authorized to communicate with you further.

Best Regards,
Ben

Ben T. Lila, Esq.
Mandour & Associates, APC - Intellectual Property Law
100 Wilshire Boulevard, Suite 700
Santa Monica, CA 90401
T: 310-656-3900
*************************************************************************
CONFIDENTIAL COMMUNICATION: This message is for the sole use of the
intended recipient and may contain confidential and privileged information. Any unauthorized
review or distribution is prohibited. If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.
*************************************************************************

**From:** Kevin M. Welch <kevin@kmwlawoffice.com>
**Sent:** Wednesday, June 26, 2019 5:02 PM
**To:** Ben T. Lila <blila@mandourlaw.com>
**Cc:** Joseph A. Mandour <jmandour@mandourlaw.com>
**Subject:** RE: Miss Global Organization Matter- Settlement Payment (Mak, S./6179.02-001)

Ben,

Are you saying that you do not know whether you and your firm still represent Sukhuntea Mak and Scott Ware or that you know and will not answer the question?

-Kevin

**From:** Ben T. Lila [mailto:blila@mandourlaw.com]
**Sent:** Wednesday, June 26, 2019 4:39 PM
**To:** Kevin M. Welch
**Cc:** Joseph A. Mandour
**Subject:** RE: Miss Global Organization Matter- Settlement Payment (Mak, S./6179.02-001)

Hi Kevin,

I don't have anything further to report.

Best Regards,

Ben


Ben T. Lila, Esq.
Mandour & Associates, APC - Intellectual Property Law
100 Wilshire Boulevard, Suite 700
Santa Monica, CA 90401
T: 310-656-3900
*************************************************************************

CONFIDENTIAL COMMUNICATION: This message is for the sole use of the
intended recipient and may contain confidential and privileged information. Any unauthorized
review or distribution is prohibited. If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.
*************************************************************************

**From: Sent:** Wednesday, June 26, 2019 4:31 PM
**To:** Ben T. Lila <blila@mandourlaw.com>
**Cc:** Joseph A. Mandour <jmandour@mandourlaw.com>
**Subject:** RE: Miss Global Organization Matter- Settlement Payment (Mak, S./6179.02-001)

Ben,

Can you confirm whether you and your firm still represent Sukhuntea Mak and Scott Ware and whether you are
authorized to accept service of process for  a lawsuit to enforce the settlement agreement, should such process be
necessary?

Best regards,

Kevin Welch

**From:** Ben T. Lila [mailto:blila@mandourlaw.com]
**Sent:** Wednesday, June 26, 2019 4:02 PM
**To:** Kevin M. Welch
**Cc:** Joseph A. Mandour
**Subject:** RE: Miss Global Organization Matter- Settlement Payment (Mak, S./6179.02-001)

Hi Kevin,

Sorry, I don't have anything further to report.  Gordon is off this case.  Please stop copying him on emails.


Best Regards,
Ben


Ben T. Lila, Esq.
Mandour & Associates, APC - Intellectual Property Law
100 Wilshire Boulevard, Suite 700
Santa Monica, CA 90401
T: 310-656-3900
*************************************************************************

CONFIDENTIAL COMMUNICATION: This message is for the sole use of the
intended recipient and may contain confidential and privileged information. Any unauthorized
review or distribution is prohibited. If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.
*************************************************************************

2

**From:** Kevin M. Welch <kevin@kmwlawoffice.com>
**Sent:** Tuesday, June 25, 2019 3:39 PM
**To:** Ben T. Lila <blila@mandourlaw.com>
**Cc:** Joseph A. Mandour <jmandour@mandourlaw.com>; Gordon E. Gray <ggray@mandourlaw.com>
**Subject:** FW: Miss Global Organization Matter- Settlement Payment (Mak, S./6179.02-001)

Ben,

Please indicate if you have had any communication with your clients since you last communicated to me that you have not heard back from your clients. I have not received any response to the draft written version of the settlement agreement that I sent you on June 11, 2019. It is my understanding that you forwarded that draft written version of the settlement agreement to your clients and that you have not receive any communication from them in response. Please indicate if my understanding is incorrect.

As you are surely aware, we are rapidly approaching the 45-day deadline by which the parties agreed to have the written version of the settlement agreement completed.

Also, please inform me: 1) if you still represent Sukhuntea Mak and Scott Ware, and 2) if you are authorized to accept service of process for them should we be forced to initiate a lawsuit to enforce the settlement agreement.

Best regards,

Kevin Welch

**From:** Kevin M. Welch [mailto:kevin@kmwlawoffice.com]
**Sent:** Friday, June 21, 2019 11:00 AM
**To:** Ben T. Lila
**Cc:** Joseph A. Mandour
**Subject:** Re: Miss Global Organization Matter- Settlement Payment (Mak, S./6179.02-001)

Ben,

Thank you for the update.

Best regards,

Kevin Welch

On Jun 21, 2019, at 9:41 AM, Ben T. Lila <blila@mandourlaw.com> wrote:

> Hi Kevin,
>
> Sorry, I don't have anything further to report.
>
> Best Regards,
>
> Ben T. Lila, Esq.
> Mandour & Associates, APC - Intellectual Property Law
> 100 Wilshire Boulevard, Suite 700
> Santa Monica, CA 90401
> T: 310-656-3900
> **********************************************************************
> CONFIDENTIAL COMMUNICATION: This message is for the sole use of the
> intended recipient and may contain confidential and privileged information. Any unauthorized
> review or distribution is prohibited. If you are not the intended recipient, please contact the sender
> by reply email and destroy all copies of the original message.
> **********************************************************************
>
> **From:** Kevin M. Welch <kevin@kmwlawoffice.com>
> **Sent:** Thursday, June 20, 2019 3:30 PM

3

**To:** Ben T. Lila <blila@mandourlaw.com>
**Cc:** Gordon E. Gray <ggray@mandourlaw.com>; Joseph A. Mandour <jmandour@mandourlaw.com>
**Subject:** FW: Miss Global Organization Matter- Settlement Payment

Ben,

Please indicate whether you have had any further communication with your clients regarding the draft Settlement Agreement I sent on June 11, 2019.

Best regards,

Kevin Welch

**From:** Kevin M. Welch [mailto:kevin@kmwlawoffice.com]
**Sent:** Wednesday, June 19, 2019 11:09 AM
**To:** 'Ben T. Lila'
**Cc:** 'Gordon E. Gray'; 'Joseph A. Mandour'
**Subject:** FW: Miss Global Organization Matter- Settlement Payment

Ben,

Thank you for taking my call.

This is to confirm that you informed me during our telephone conversation today that you have not received any communication from your clients regarding the draft written settlement agreement that I sent to you on June 11, 2019 or the first settlement payment that by our calculation was due on June 14, 2019.

Please inform me if you receive any information from your clients regarding either matter.

Please also inform me as to whether you are still representing your clients and whether you have the authority to accept service of process on behalf of your clients for enforcement proceedings.

Best regards,

Kevin Welch

**From:** Kevin M. Welch [mailto:kevin@kmwlawoffice.com]
**Sent:** Monday, June 17, 2019 3:41 PM
**To:** 'Ben T. Lila'
**Cc:** 'Gordon E. Gray'; 'Joseph A. Mandour'
**Subject:** FW: Miss Global Organization Matter- Settlement Payment

Ben,

Pursuant to the settlement agreement that was read into the Court record before Magistrate Judge Karen Scott on May 15, 2019, the first payment was due in 30 days, which by our calculation was Friday June 14, 2019. We did not receive any payment on Friday June 14, 2019. Please indicate if you do not agree with our calculation and when we should anticipate receiving the first payment.

Also, I have not received any response regarding the draft written codification of the settlement agreement I sent to you on June 11, 2019. Please indicate if you or your clients have any issues with the draft agreement as written and when we should anticipate receiving a response.

Best regards,

Kevin Welch

4

**From:** Kevin M. Welch [mailto:kevin@kmwlawoffice.com]
**Sent:** Friday, June 14, 2019 12:10 PM
**To:** Ben T. Lila
**Cc:** Gordon E. Gray; jmandour@mandourlaw.com
**Subject:** Miss Global Organization Matter

Ben,

This is to confirm our telephone conversation today in which I asked you for an update regarding the status of the draft Settlement Agreement I sent last week and first settlement payment in the Miss Global Matter which, by my calculations, is due today June 14, 2019 and during which you informed me that you have not heard back from your client and do not have any further information regarding the matter.

I further informed you that my clients are inclined to treat any delay as a breach and immediately proceed with enforcement proceedings but that I am urging my clients to take a more reasonable approach if we receive any information regarding your clients' intent to comply with the settlement reached before Magistrate Judge Karen E. Scott on May 15, 2019 and the timing of such compliance.

I appreciate you taking my call. Please let me know when and if you hear back from your clients regarding such matters.

Best regards,

Kevin M. Welch

The Law Office of Kevin M. Welch
P.O. Box 494
Hermosa Beach, CA 90254
Tel: (310) 929-0553
Fax: (310) 698-1626

---

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information re page that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail, by forwarding this e-mail to kevin@kmwlawoffice.com or by telephone at (310) 929-0553 and destroy the original transmission and its attachments without reading or saving in any manner. Thank you.

*  Sent draft

# Kevin M. Welch

**From:**       Kevin M. Welch <kevin@kmwlawoffice.com>
**Sent:**       Thursday, June 6, 2019 12:25 PM
**To:**         'Gordon E. Gray'
**Cc:**         'Ben T. Lila'; 'Joseph A. Mandour'
**Subject:**    RE: Miss Global Organization v. Mak, et al. - Settlement Agreement
**Attachments:** Settlement Agreement- MGO Matter.docx

Gordon,

Please find attached draft Settlement Agreement.  Please review and indicate if it is acceptable to your clients.

Best regards,

Kevin M. Welch

The Law Office of Kevin M. Welch
P.O. Box 494
Hermosa Beach, CA 90254
Tel: (310) 929-0553
Fax: (310) 698-1626

---

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information re page that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail, by forwarding this e-mail to kevin@kmwlawoffice.com  or by telephone at (310) 929-0553 and destroy the original transmission and its attachments without reading or saving in any manner. Thank you.