# EXHIBIT C

# Kevin M. Welch

| | |
|---|---|
| **From:** | Kevin M. Welch <kevin@kmwlawoffice.com> |
| **Sent:** | Wednesday, June 26, 2019 6:13 PM |
| **To:** | KES_Chambers@cacd.uscourts.gov |
| **Cc:** | Ben T. Lila; 'Joseph A. Mandour'; Gordon E. Gray |
| **Subject:** | Miss Global Organization Matter- Case 8:17-cv-02223-DOC-KES Miss Global Organization LLC et al v. Mak et al |
| **Attachments:** | Terms of Settlement Agreement written by Magistrate Judge Scott.pdf |

Magistrate Judge Karen E. Scott,

I am writing you to request clarification regarding the settlement we reached with your assistance on May 15, 2019 in the above captioned case. I have attached a copy of the settlement terms as drafted by the Court and read aloud into the Court record by the Court and agreed upon by all parties on that day.

Since that day, Defendants have not participated in consummating the written version of the settlement agreement. Paragraph 8 of the settlement terms state that *"counsel will cooperate to draft a written settlement agreement within 45 days reflecting these terms..."* Plaintiffs provided Defendants with a first draft of the written settlement agreement on June 11, 2019. Defendants have not responded or participated at all. Attached to this email chain is a chain of multiple email communication attempts made by Plaintiff's counsel to Defendants' counsel inquiring about Defendants' participation and Defendants' counsel replying that they have not received any communication from their clients.

Defendants also failed to make the first payment which was due *" in 30 days"* which, by Plaintiff's calculation, was July 14, 2019. Further, at this point in time Defendants' counsel has informed Plaintiffs' counsel that they are no longer authorized to communicate to Plaintiffs on behalf of their clients regarding this matter.

I am writing the Court for clarification of the further language in paragraph 8 which states *"any disagreements during the process will not affect the enforceability of the settlement reached by the parties in Court per these terms."*

My question is: In the opinion of the Court is the settlement fully enforceable at this time per the terms of the reached on May 15, 2019.

Also, the Court retained jurisdiction for 45 days to potentially vacate the dismissal and reopen the action upon showing of good cause that the settlement has not been consummated. Plaintiff would like to request a 60-day extension of the Court's retention of jurisdiction so that Plaintiffs may have time appropriately resolve this issue.

Best regards,

Kevin Welch

---

**From:** Kevin M. Welch [mailto:kevin@kmwlawoffice.com]
**Sent:** Wednesday, June 26, 2019 5:13 PM
**To:** 'Ben T. Lila'
**Cc:** 'Joseph A. Mandour'
**Subject:** RE: Miss Global Organization Matter- Settlement Payment (Mak, S./6179.02-001)

Ben,

1