```
LAW OFFICE OF KEVIN M. WELCH
Kevin M. Welch, (SBN 254565)
Kevin@kmwlawoffice.com
P.O. Box 494
Hermosa Beach, CA 90245
Tel.: (310) 929-0553
Fax: (310) 698-1626

Attorney for the Plaintiffs and Counter-Defendants,
MISS GLOBAL ORGANIZATION, LLC and
VAN PHAM
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MISS GLOBAL ORGANIZATION, LLC, a California limited liability company and VAN PHAM, an individual, <br><br> Plaintiff, <br> v. <br> SOKHUNTEA MAK, a/k/a TEA MAK, an individual; SCOTT WARE, an individual; and DOES 1-10, Inclusive,___ <br><br> Defendants._____ | Case No.: 8:17-cv-2223 DOC (KESx) <br><br> **DECLARATION OF VAN PHAM** <br><br> Judge: Hon. David O. Carter <br><br> Case Filed: December 20, 2017 |
| SOKHUNTEA MAK, a/k/a TEA MAK, an individual; SCOTT WARE, an individual; and DOES 1-10, Inclusive, <br><br> Counterclaim Plaintiffs, <br> v. <br> MISS GLOBAL ORGANIZATION, LLC, a California limited liability company and VAN PHAM, an individual, <br><br> Counterclaim Defendants. | |

**DECLARATION OF VAN PHAM**

I, Van Pham, declare as follows:

1. I have personal knowledge of the facts stated in this declaration, unless otherwise stated upon information and belief. If called as a witness, I could and would testify under oath as to the facts stated in this declaration.

2. I am a named Plaintiff in this Action and I am also the sole founder, owner, and authorized representative of Plaintiff Miss Global Organization, LLC ("MGO").

3. On May 15, 2019, I entered a binding settlement agreement with the assistance of Magistrate Judge Karen E. Scott during the Court Ordered settlement conference that occurred on May 15, 2019.

4. Defendants' counsel read the key terms of the settlement agreement into the Court's record and all parties verbally confirmed our willingness to settle this matter under the terms, as articulated.

5. A true and correct transcription of the Court's record from May 15, 2019 detailing the key settlement terms is filed under seal accompanying this declaration as Exhibit A.

6. On May 16, 2019, one day after reaching a binding settlement agreement, Defendant Scott Ware sent the following disparaging message to me through Facebook messenger to my MGO Facebook account, "*Sup bitch. Now shit going to get really real. Van Pham = #1 world's greatest fool. Going to be a fun ride to watch now. I bet within 1-year the whole world hates you even more hahaha.*" The message is followed by a "middle finger" emoji and a "kissing lips" emoji. This account, and therefore this message, is visible to both my employees and me.

7. A true and correct copy of the message referred to in paragraph six (6) is attached as Exhibit B.

**DECLARATION OF VAN PHAM**

8. On June 14, 2019, Defendants were supposed to remit the first of two settlement payments pursuant to the binding terms of the settlement agreement. I did not receive any payment on June 14, 2019. I have not received any settlement payment from Defendants to this day.

9. On June 18, 2019, Defendant Sokhuntea Mak went on a Seattle radio show promoting another beauty pageant and stated that she *"started the previous pageant and I helped create the Miss Global brand"* when referring to the Miss Global Beauty Pageant. A recording of Defendant Sokhuntea Mak's breach can be heard on the website www.youtube.com at the following link: (https://www.youtube.com/watch?v=2GSirt8cmnI&fbclid=IwAR3nbe0GJSwht7PQ fslN9uVAcDb09-6tlJ75p_BJdxHfeiijSrFNa2So-l0). Specifically, at the 20 minute and 25 second mark.

10. On June 26, 2019, the same day that Defendants' counsel stated that he was no longer authorized to communicate with my counsel regarding this matter, Defendant Scott Ware sent the following disparaging message to me through Facebook messenger to my MGO Facebook account, *"hey, Van, does your mother know how disgusting you are yet? Greasy pig!"* This account, and therefore this message, is visible to both my employees and me.

11. A true and correct copy of the message referred to in paragraph ten (10) is attached as Exhibit C.

12. Thirteen minutes later the same day, June 26, 2019, Defendant Scott Ware sent the following disparaging message to me through Facebook messenger to my MGO Facebook account, *"I think I saw your face on America's most wanted"* This account is visible to both my employees and me.

13. A true and correct copy of the message referred to in paragraph twelve (12) is attached as Exhibit D.

**DECLARATION OF VAN PHAM**

14. On July 13, 2019, Defendant Scott Ware sent me the following message through my desktop imessenger, "YUR FUKT" followed by a series of eyeball emoji's. My desktop is visible to both myself and my employees.

15. A true and correct cop of the message referred to in paragraph fourteen (14) is attached as Exhibit E.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 24th day of July, 2019 at Los Angeles, California.



Van M. Pham

**DECLARATION OF VAN PHAM**