# EXHIBIT B

10:02

< Facebook User

Facebook User

See Older Messages...

**WOOF!**
Mar 19 · Sent from Web

Thanks for messaging us. We try to be as responsive as possible. We'll get back to you soon.

Mar 19

Sup bitch. Now shit going to get really real 😉

7 hours ago · Sent from Messenger

Thanks for messaging us. We try to be as responsive as possible. We'll get back to you soon.

7 hours ago

Van Pham = #1 world's greatest fool. Going to be a fun ride to watch now. I bet within 1-year the whole world hates you even more hahaha

🖕🏾

💋

7 hours ago · Seen 2:48 PM · Sent from Messenger

You cannot reply to this conversation.