# EXHIBIT C



**3:11**



# Facebook User (3)

**Facebook User**

See Older Messages

> Thanks for messaging us. We try to be as responsive as possible. We'll get back to you soon.

May 16



> Van Pham = #1 world's greatest fool. Going to be a fun ride to watch now. I bet within 1-year the whole world hates you even more hahaha





May 16 · Sent from Messenger



> hey Van, does your mom know how disgusting you are yet? greasy pig!

13 minutes ago · Sent from Web

> Thanks for messaging us. We try to be as responsive as possible. We'll get back to you soon.

13 minutes ago



> i think i saw your face on America's most wanted

10 minutes ago · Sent from Web

