# EXHIBIT E

iMessage with +1 (206) 992-7147
7/13/19, 10:40 PM

YUR FUKT 👁



(sent with Echo)



(sent with Echo)



(sent with Echo)

👁

(sent with Echo)

👁

(sent with Echo)

👁

(sent with Echo)