1  LAW OFFICE OF KEVIN M. WELCH
   Kevin M. Welch, (SBN 254565)
2  *Kevin@kmwlawoffice.com*
   P.O. Box 494
3  Hermosa Beach, CA 90245
   Tel.:  (310) 929-0553
4  Fax: (310) 698-1626

5
   Attorney for the Plaintiffs and Counter-Defendants,
6  MISS GLOBAL ORGANIZATION, LLC and
   VAN PHAM
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MISS GLOBAL ORGANIZATION, LLC, a California limited liability company and VAN PHAM, an individual,<br><br>              Plaintiff,<br>   v.<br><br>SOKHUNTEA MAK, a/k/a TEA MAK, an individual; SCOTT WARE, an individual; and DOES 1-10, Inclusive,<br><br>              Defendants. | Case No.: 8:17-cv-2223 DOC (KESx)<br><br>**[Proposed Order] TO VACATE DISMISSAL AND ENFORCE SETTLEMENT AGREEMENT**<br><br>**Hearing Date:** August 26, 2019<br>**Time:**          8:30 a.m.<br>**Courtroom:**  9D<br>**Judge:**         Hon. David O. Carter |
| SOKHUNTEA MAK, a/k/a TEA MAK, an individual; SCOTT WARE, an individual; and DOES 1-10, Inclusive,<br><br>              Counterclaim Plaintiffs,<br>   v.<br><br>MISS GLOBAL ORGANIZATION, LLC, a California limited liability company and VAN PHAM, an individual,<br><br>              Counterclaim Defendants | |

**[Proposed Order] TO VACATE DISMISSAL
AND ENFORCE SETTLEMENT AGREEMENT**

The Proposed Order has been sent directly to Judge David O. Carter with a copy sent to Defendants to avoid disclosing more of the sealed settlement agreement transcript from May 15, 2019 than necessary before it is possibly disclosed by this Court via any Judgment.