# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISS GLOBAL ORGANIZATION LLC , et al.<br><br>Plaintiff(s),<br><br>v.<br><br>SOKHUNTEA MAK , et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>8:17–cv–02223–DOC–KES<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   7/29/2019

Document Number(s):   136, 137

Title of Document(s):   MOTION to Vacate Order Dismissing Case

**ERROR(S) WITH DOCUMENT:**

Local Rule 11–8 Memorandum/brief exceeding 10 pages shall contain table of contents.

Title page is missing.

Other:

Re doc no 137 – There is no Application/Order to seal document.

**Note:   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: July 30, 2019         By:  /s/ *Lori Muraoka  lori_muraoka@cacd.uscourts.gov*
                                      Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS