UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MISS GLOBAL ORGANIZATION, LLC, a California limited liability company and VAN PHAM, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>SOKHUNTEA MAK, a/k/a TEA MAK, an individual; SCOTT WARE, an individual; and DOES 1-10, Inclusive,<br><br>    Defendants.<br><br>SOKHUNTEA MAK, a/k/a TEA MAK, an individual; SCOTT WARE, an individual; and DOES 1-10, Inclusive,<br><br>    Counterclaim Plaintiffs,<br><br>v.<br><br>MISS GLOBAL ORGANIZATION, LLC, a California limited liability company and VAN PHAM, an individual,<br><br>    Counterclaim Defendants | Case No.: 8:17-cv-2223 DOC (KESx)<br><br>**ORDER GRANTING IN PART PLAINTIFFS' MOTION TO VACATE DISMISSAL AND ENFORCE THE SETTLEMENT AGREEMENTAND FOR DAMAGES, ATTORNEYS' FEES, AND SANCTIONS**<br><br>**Hearing Date: August 26, 2019**<br>**Time:** 8:30 a.m.<br>**Courtroom:** 9D<br>**Judge:** Hon. David O. Carter |

Before the Court is Plaintiffs and Counterdefendants Van Pham ("Pham") and Miss Global Organization's ("MGO") (collectively "Plaintiffs") Motion to Vacate the Dismissal and Enforce the Settlement Agreement and For Damages, Attorneys' Fees, and Sanctions ("Motion") (Dkt. 136).  The Court heard oral arguments on August 23, 2019 and August 26, 2019.  Having reviewed the papers

**ORDER TO VACATE DISMISSAL AND ENFORCE THE SETTLEMENT AGREEMENTAND FOR DAMAGES, ATTORNEYS' FEES, AND SANCTIONS**

and considered the parties' arguments, the Court GRANTS IN PART and DENIES IN PART Plaintiffs' Motion.

I.   **Background and Procedural History**

This case arose from a dispute over Miss Global Organization ("MGO"), which is the organizer of Miss Global, an annual beauty pageant. *See* Complaint (Dkt. 1) ¶ 13. Plaintiffs Pham and MGO brought suit against Defendants Sokhuntea Mak ("Mak") and Scott Ware ("Ware") (collectively "Defendants") under federal and state law. *See* Compl. at 1.

In Plaintiffs' Complaint, Mr. Pham alleged that he is the founder, sole owner, and CEO of MGO. Compl. ¶ 2. Plaintiff Pham also stated that he owns a federal trademark, Registration No. 4,219,443 issued by the U.S. Patent and Trademark Office on October 2, 2012 for "G MISS GLOBAL," and that he owns the common law trademark for "Miss Global," which he has continuously used in California and nationwide since at least 2012. *Id.* ¶¶ 9–10.

Plaintiffs alleged that Defendants Mak and Ware incorporated the Miss Global Foundation in September 2017, and operated a website on behalf of the Foundation, www.missglobalfoundation.org. *Id.* ¶ 19. In November 2017, Defendants fraudulently filed a Statement of Information (SOI) with the California Secretary of State listing Mak as the founder and CEO of MGO. *Id.* ¶ 20. Plaintiffs further alleged that Defendants have hacked into Pham's email, web-hosting account, and financial information, and that Defendants have falsely represented to third parties that Mak is the President and CEO of MGO and that Pham is "attempting to defraud the business." *See id.* ¶¶ 21–33.

On December 12, 2018 Plaintiffs filed an *ex parte* Motion for a TRO and Preliminary Injunction because Plaintiffs alleged that Defendant Mak had continued to file fraudulent SOIs removing Pham as the sole owner and CEO of MGO, and listing Mak as the sole owner and CEO of MGO. Mot. at 2. Plaintiffs further alleged that Defendants took control of the Miss Global Organization

**ORDER TO VACATE DISMISSAL AND ENFORCE THE SETTLEMENT AGREEMENTAND FOR DAMAGES, ATTORNEYS' FEES, AND SANCTIONS**

1  Facebook page, control of www.missglobal.com, partial control of the Miss Global
2  Organization Instagram account, and edited the relevant Wikipedia page to name
3  Mak as the owner of MGO.  *Id.* at 3–4.  The Court issued Plaintiffs' TRO on
4  December 14, 2019 and Preliminary Injunction of December 21, 2019 returning
5  the MGO social media sites to Plaintiffs' control and enjoining Defendants from
6  engaging in certain related complained of behaviors.

7  On May 15, 2019, the parties and their respective counsels were
8  ordered to attend a settlement conference with the Magistrate Judge Karen E.
9  Scott and the parties reached a binding settlement, which was memorialized
10 by a term sheet which was read into the Court's record and agreed to by all
11 parties.  One term reflected the parties' agreement that counsel would
12 cooperate to draft a written settlement agreement within 45 days, and noted
13 that any disagreements that arose during the drafting processing would not
14 affect the settlement's enforceability. (Dkt. 125).

15 On May 16, 2019, the parties notified the Court that the parties had reached
16 a binding settlement (Dkt. 123) and on May 17, 2019 the Court issued an Order
17 Dismissing the Civil Case without prejudice but retained jurisdiction the Court
18 explicitly retained jurisdiction for forty-five (45) days to vacate the Order and
19 reopen the action upon showing of good cause that the settlement was not
20 consummated. (Dkt. 124).

21 On June 26, 2019, Plaintiff's counsel emailed the chambers of the
22 Magistrate Judge Karen E. Scott (copying defense counsel) and described
23 certain problems that had arisen during the parties' effort to draft a written
24 settlement agreement. The Court ordered all parties and their attorneys to
25 attend a second settlement conference on July 8, 2019 and extending its
26 jurisdiction over the case until September 3, 2019.  During the second
27 settlement conference the parties were unable to resolve their differences.
28 (Dkt. 131).

**ORDER TO VACATE DISMISSAL AND ENFORCE THE SETTLEMENT AGREEMENTAND FOR DAMAGES, ATTORNEYS' FEES, AND SANCTIONS**

On July 29, 2019, Plaintiffs filed Plaintiffs' Motion alleging Defendants had: 1) refused to participate in the drafting of the written settlement agreement; 2) refused to remit the agreed upon settlement payments; 3) breached the non-disparagement term of the settlement agreement; 4) breached the settlement agreement term regarding the identity of the founder of MGO by claiming to "have started MGO" and to have "*helped create the Miss Global Brand*" on a radio interview; 5) refused to acknowledge the settlement agreement or sign any version of the written settlement agreement; and 6) otherwise failed to consummate the settlement.

## IV. Discussion

Having considered the arguments made by all parties in relation to Plaintiffs' Notice of Motion and Motion to Vacate the Dismissal and Enforce the Settlement Agreement and for Damages, Attorneys' Fees and Sanctions on August 23, 2019 and August 26, 2019, and having confirmed with Magistrate Judge Karen E. Scott that the parties entered a valid and binding settlement agreement on May 15, 2019, and having found sufficient evidence that Defendants breached the settlement agreement, and having found good cause, the Court GRANTS IN PART and DENIES IN PART Plaintiff's Motion.

## V.    Disposition

For the reasons set forth above and stated on the record on August 23, 2019 and August 26, 2019, the Court GRANTS IN PART and DENIES IN PART Plaintiffs' Motion to Vacate the Dismissal and Enforce the Settlement Agreement and For Damages, Attorneys' Fees, and Sanctions. The Court relies on the terms of the settlement as stated on the record before Judge Karen E. Scott on May 15, 2019.

**ORDER TO VACATE DISMISSAL AND ENFORCE THE
SETTLEMENT AGREEMENTAND FOR DAMAGES, ATTORNEYS'
FEES, AND SANCTIONS**

For the reasons stated above and on the record on August 23, 2019 and August 26, 2019, the Court hereby VACATES the ORDER DISMISSING the CIVIL CASE issued on May 17, 2019 (Dkt. 124) and, based on the material terms of the settlement as recorded before Judge Karen E. Scott on May 15, 2019, the Court ORDERS the following:

1) Defendants are to pay Plaintiffs the sum of ten thousand dollars ($10,000), due on or before September 9, 2019. Defendants are to pay Plaintiffs the sum of forty thousand dollars ($40,000), due on or before September 16, 2019.
2) Defendants shall not dispute that Pham is the *sole* founder and owner of MGO, Pham is the owner of the MGO intellectual property, including but not limited to, federally registered trademarks G MISS GLOBAL, registration no. 85477157, MISS GLOBAL, registration no. 4140556; and common law trademark MISS GLOBAL, Pham is the owner of the MGO social media sites (Facebook, Instagram, Twitter), and Pham is the owner of the MGO pageant business;
3) All parties shall permanently cease and desist making any disparaging communication regarding each other;
4) All claims and counterclaims are dismissed with prejudice;
5) To the extent that further litigation is needed to enforce the settlement, the parties may litigate any disputes in Superior Court, including disputes regarding attorneys' fees associated with the action.

**ORDER TO VACATE DISMISSAL AND ENFORCE THE SETTLEMENT AGREEMENTAND FOR DAMAGES, ATTORNEYS' FEES, AND SANCTIONS**

IT IS SO ORDERED.

_David O. Carter_
DAVID O. CARTER
U.S. District Judge

Dated: September 3, 2019

**ORDER TO VACATE DISMISSAL AND ENFORCE THE
SETTLEMENT AGREEMENTAND FOR DAMAGES, ATTORNEYS'
FEES, AND SANCTIONS**